UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-05455-MRA-MAR | Date | October 15, 2024 |
|---|---|---|---|
| Title | Jane Doe v. Thomas Wesley Pentz, et al. | | |

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER STRIKING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM JANE DOE FOR FAILURE TO COMPLY WITH LOCAL RULE 7-3 [ECF 38]**

Before the Court is Plaintiff's Motion for Leave to Proceed under Pseudonym Jane Doe (the "Motion"). ECF 38. The Court has read and considered the Motion and hereby **STRIKES** the Motion for failure to comply with Local Rule 7-3.

The district court has discretion to strike any motion that fails to comply with the Local Rules. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002). Local Rule 7-3 provides that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in-person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion." L.R. 7-3. The spirit of Local Rule 7-3 is to provide the parties with an opportunity "to reach a resolution that eliminates the necessity for a hearing." *Id.*; *see also Snow Joe, LLC v. Linemart Inc.*, No. 20-CV-00587-RSWL-RAO, 2022 WL 2818742, at *3 (C.D. Cal. Jul. 18, 2022) ("The purpose of Local Rule 7-3 is to give all parties a full understanding of the relevant disputes and to allow nonmovants time to evaluate proposed motions and oppose it or reach agreement."). If the parties are unable to resolve the dispute, counsel for the moving party must include in the notice of motion a statement that the motion is "made following a conference of counsel pursuant to L.R. 7-3 which took place on (date)." L.R. 7-3.

Here, Plaintiff's Motion does not include any attestation that Plaintiff's Counsel met and conferred with opposing counsel to discuss the substance of the Motion and reach a resolution that would eliminate the necessity for a hearing. By filing the Motion without meeting and conferring, Plaintiff burdens the Court to resolve an issue prior to confirming that there is in fact an actual dispute between the parties.

For the foregoing reasons, the Motion is **STRICKEN**, and the hearing set for November

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-05455-MRA-MAR | Date | October 15, 2024 |
|---|---|---|---|
| Title | Jane Doe v. Thomas Wesley Pentz, et al. | | |

21, 2024, is therefore **VACATED** and removed from the Court's calendar.

    **IT IS SO ORDERED.**

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk    gga
