LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman, Esq. (SBN: 151990)
Brian E. Turnauer, Esq. (SBN: 206783)
Tamar Yeghiayan, Esq. (SBN: 298473)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Email: bfreedman@ftllp.com
       bturnauer@ftllp.com
       tyghiayan@ftllp.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS WESLEY PENTZ a/k/a "DIPLO," MAD DECENT PROTOCOL, LLC, MAD DECENT, LLC, MAD DECENT PROPERTIES, LLC, SILK CITY TOURING, INC., LOCKETT & LAZER, LLC, and HOLLERTRONIX PRODUCTIONS, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-05455-MRA-MAR<br><br>[Assigned to the Hon. Mónica Ramírez Almadani]<br><br>**DECLARATION OF BRIAN E. TURNAUER IN SUPPORT OF SPECIALLY APPEARING CORPORATE DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss; [Proposed] Order]<br><br>Date:        December 9, 2024<br>Time:        1:30 p.m.<br>Courtroom:   10B |

# DECLARATION OF BRIAN E. TURNAUER

I, Brian E. Turnauer, declare and state as follows:

1. I am an attorney licensed to practice law in all the Courts in the State of California. I am a partner at Liner Freedman Taitelman + Cooley, LLP ("LFTC"), counsel for defendants Hollertronix Productions, Inc., Mad Decent Properties, LLC, Locket & Lazar, LLC, Silk City Touring, Inc., and Mad Decent Protocol, Inc. (collectively, "Corporate Defendants") and for Defendant Thomas Wesley Pentz ("Individual Defendant"). I make this declaration ("Declaration") in support of Corporate Defendants' Motion to Dismiss Plaintiff Jane Doe's ("Plaintiff") Complaint ("Motion"). I have personal knowledge of the facts set forth in this declaration, unless otherwise stated. If called upon to testify, I would and could testify competently to the facts set forth herein.

2. On August 22, 2024, our office first met and conferred with Plaintiff's counsel telephonically regarding the issues raised in this Motion, principally Plaintiff's failure to seek leave of Court to proceed under a pseudonym and Plaintiff's failure to provide particularized allegations against Corporate Defendants. To give the parties additional time to discuss these issues and possibly avoid motion practice regarding them, on August 26, 2024, the parties filed a Joint Stipulation to Extend the Initial Response Deadline, requesting additional time to meet and confer pursuant to L.R. 7-3. (See ECF No. 33.)

3. This Court granted the aforementioned stipulation on August 28, 2024. (See ECF No. 34.)

4. The parties again met and conferred telephonically regarding the issues in this Motion on October 17, 2024 and October 28, 2024, but were unable to reach a resolution that eliminated the necessity for a hearing. At the conclusion of the October 28, 2024 meet and confer, in which my colleagues, Tamar Yeghiayan and Summer Benson, and I participated on behalf of the Individual Defendant and Corporate Defendants, and Cori Iacopelli and Micah Liberty participated on

plaintiff's behalf, all counsel agreed that they had exhausted their efforts under L.R. 7-3. This Motion follows.

    5.    Counsel met and conferred as soon as reasonably practical for all relevant parties.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of October 2024, at Los Angeles, California.

          *Brian E. Turnauer*
          Brian E. Turnauer