

**Shelly** @ThatsSoShellyy · 11m

That pedophile didn't rape me but he definitely has done many other significantly disgusting and disturbing acts towards me and other girls i you are a victim please contact me I can get you in touch with my lawye and we can do this together you're not alone do