MUSIC

# DIPLO ACCUSER DROPS LAS VEGAS SEXUAL ASSAULT LAWSUIT

Woman claimed artist forced her to perform oral sex at an after-party in 2019

By ALTHEA LEGASPI
JULY 16, 2021



Diplo performs in Tampa, Florida in February.
GETTY IMAGES FOR E11EVEN MIAMI

A sexual assault lawsuit against **Diplo** has been dismissed, per documents obtained by *Rolling Stone*. In the suit, a woman claimed the producer-DJ (real name Thomas Wesley Pentz) forced her to perform oral sex during an after-party in Las Vegas in 2019.

"In light of the evidence and after consultation with my attorneys, I have decided to withdraw my lawsuit," the woman, only identified by her initials, said through her attorney, Joe Ortuno. "No payment was offered or requested. I regret filing the lawsuit."

"As we said when we first learned of this lawsuit, there was absolutely irrefutable evidence that proved that the allegations it contained were false," Diplo's attorney Bryan Freedman said in a statement to *Rolling Stone*. "As soon as we shared that plethora of evidence with the plaintiff's lawyers, they recognized that they needed to withdraw their suit immediately."

In the lawsuit filed last week, the woman claimed that at the afterparty, Pentz invited her to his room and alleged that he said she could not leave without performing sexual acts on him. She alleged that after concluding she had no way to escape, she acquiesced to the artist's alleged demands. She also alleged that Diplo may have filmed the incident without her consent.

"This demonstrably false claim ... has caused great harm," Freedman added in a statement. "While that damage can never fully be undone, we are glad to see this lawsuit be dismissed with prejudice."

In a separate lawsuit filed on June 24th and obtained by *Rolling Stone*, a second woman accused Diplo of recording their sexual encounter without consent, and then later leaking that footage online. The woman also claimed that Pentz — who she alleged did not tell her that he had sexually

"These latest false claims are just part of that ongoing campaign of harassment, and we will not allow them to deter us from pursuing justice against her to the fullest extent possible under the law," Freedman said at the time. That case remains ongoing.

Last week, the Baltimore Orioles announced that a July 24th postgame concert by Diplo was canceled amid the allegations.

IN THIS ARTICLE:  DIPLO

MUSIC > MUSIC NEWS

## MORE NEWS



ROCKSTAR

**Tom Morello Says Post Malone Writes Like Chris Cornell: 'Hooky, Beautiful, Terrifying'**

By KALIA RICHARDSON



ENGLAND'S DREAMING

**John Lydon's Handwritten Sex Pistols Lyrics Headed to Auction Block**

By ANDY GREENE



WELCOME TO THE BLACK PARADE

**My Chemical Romance Revive 'The Black Parade' for 2025 Tour**

By MAYA GEORGI



NATURE MANIFESTO

**Bjork Breathes Life Back Into Endangered and Extinct Animals for Paris Art Museum With AI**

By KORY GROW



TOUR NEWS

**Kid Rock Will Gather 'God-Fearing Patriots' Again for 2025 Rock the Country Tour**

By LARISHA PAUL

READ MORE

ROCKSTAR
**Tom Morello Says Post Malone Writes Like Chris Cornell: 'Hooky, Beautiful, Terrifying'**
11 MINS AGO

ENGLAND'S DREAMING
**John Lydon's Handwritten Sex Pistols Lyrics Headed to Auction Block**

# Rolling Stone

🔗 𝕏 ✉️  Got A Tip?   Log In

### REALITY BITES
## 'BlueAnon' Conspiracy Theories Explode as Libs Confront Another Trump Term
31 MINS AGO

### COURTS AND CRIME
## Louisiana's Ten Commandments Law Struck Down — For Now
37 MINS AGO

---

**TOP STORIES NEWSLETTER**

# A Cultural Force That Transcends Generations

[ Enter your email ]

BY PROVIDING YOUR INFORMATION, YOU AGREE TO OUR TERMS OF USE AND OUR PRIVACY POLICY. WE USE VENDORS THAT MAY ALSO PROCESS YOUR INFORMATION TO HELP PROVIDE OUR SERVICES.

**PMC**

## MOST POPULAR

**1** *Variety*
Grammy Nominations 2025: Beyonce Leads With 11 Nods as Taylor Swift, Chappell Roan, Sabrina Carpenter and Charli XCX Are Among Top Nominees

**2** *The Hollywood Reporter*
'Yellowstone' Premiere Quickly Reveals Fate of Kevin Costner's Character: "We Let the Cat Out of the Bag"

**3** *SheKnows*
178 Amazon Favorites That Have Earned a Spot In Everyone's Cart

**4** *Sportico*
NFL Bettors Sting DraftKings, Cost Company $250 Million

---

## YOU MIGHT ALSO LIKE

**VARIETY**
HBO Boss on 'Game of Thrones' Movie and George R.R. Martin's 'House of the Dragon' Criticism: 'I Want Him to Be Happy' but 'It Can Be Fraught'
HOURS AGO

**WWD**
Pyrrha Debuts 'Wicked' Sustainable Jewelry Collection With Glinda Pink and Elphaba Green Tourmaline Accents
1 HOUR AGO

**SPY**
The Best Yoga Mats for Any Practice, According to Instructors
8 MONTHS AGO

---

### ROLLING STONE

GET THE MAGAZINE

GET DIGITAL ACCESS

GIVE A GIFT

CUSTOMER SERVICE

| ROLLING STONE | | LEGAL | FOLLOW US |
|---|---|---|---|
| Music | Staff | Privacy Policy | Facebook |
| Politics | Contact | Terms of Use | Instagram |
| TV & Movies | Advertise | AdChoices | TikTok |
| Culture | Shop | PMC Entertainment | X |
| | | California Privacy Rights | YouTube |
| | | Your Privacy Choices | |
| | | EU Privacy Preferences | |
| | | Accessibility | |
| | | Policy on Anonymous Sources | |

**NEWSLETTER SIGNUP**

[ Enter Your Email ]   SUBSCRIBE

**GOT A HOT NEWS TIP?** We want to hear it. Send us a tip using our anonymous form.   SEND US A TIP

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services.

**PMC**  Rolling Stone is a part of Penske Media Corporation. © 2024 Rolling Stone, LLC. All rights reserved.
Powered by WordPress.com VIP

OUR SITES