LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman, Esq. (SBN: 151990)
Brian E. Turnauer, Esq. (SBN: 206783)
Tamar Yeghiayan, Esq. (SBN: 298473)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Email: bfreedman@lftcllp.com
         bturnauer@lftcllp.com
         tyghiayan@lftcllp.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS WESLEY PENTZ a/k/a "DIPLO," MAD DECENT PROTOCOL, LLC, MAD DECENT, LLC, MAD DECENT PROPERTIES, LLC, SILK CITY TOURING, INC., LOCKETT & LAZER, LLC, and HOLLERTRONIX PRODUCTIONS, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-05455-MRA-MAR<br><br>[Assigned to the Hon. Mónica Ramírez Almadani]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED WITH PSEUDONYM**<br><br>[Filed concurrently with Memorandum of Points and Authorities and Declaration of Brian E. Turnauer, Esq.] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Evidence 201, Defendants Hollertronix Productions, Inc., Mad Decent Properties, LLC, Locket & Lazar, LLC, Silk City Touring, Inc., Mad Decent Protocol, Inc. (collectively, "**Corporate Defendants**") and Thomas Wesley Pentz a/k/a Diplo ("**Pentz**") (together with Corporate Defendants, "**Defendants**"), by and through their attorneys of record, hereby respectfully request that the Court take judicial notice of (1) a case docket in a state civil matter involving Pentz, (2) a Complaint filed in a state civil matter involving Pentz, (3) a Complaint filed in another state matter involving Pentz, (4) a Petition to Confirm an Arbitration Award filed by Pentz in a state civil matter.

Federal Rule of Evidence 201(b) provides that facts are subject to judicial notice when they are "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Furthermore, a court is required to take judicial notice of a fact "if requested by a party and supplied with the necessary information." Fed. R. Evid.201(c)(2).

Pursuant to Fed. R. Evid. 201, a district court may take judicial notice of documents filed in any federal or state court. *See Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (federal appellate court judicially noticed state appellate opinion and briefs and determined that waiver issue had not actually been litigated or necessarily decided). Accordingly, courts routinely hold that judicial notice may be taken of court filings in related litigation. *See Biomedical Patent Mgmt. Corp. v. California Dep't of Health Servs.*, 505 F.3d 1328, 1331 n.1 (Fed. Cir. 2007) (holding district court did not abuse its discretion by taking judicial notice of filings from separate litigation involving the parties); *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007). Federal courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council*

*v. Borneo, Inc.* 971 F.2d 244, 248 (9th Cir.1992). Judicial Notice may be taken of "a document filed in another court not for the truth of the matters asserted in the other litigation, but rather to establish the fact of such litigation and related filings. *San Luis v. Badgley* 136 F.Supp.2d 1136, 1146 (E.D.C.A. 2000) ("Judicial notice is appropriately taken of the docket sheet").

Therefore, Defendants, by and through its attorneys of record, hereby respectfully requests the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. The case docket in the Los Angeles Superior Court, Stanley Mosk Courthouse, entitled *Marchel Garielle Auguste aka Shelly Auguste v. Thomas Wesley Pentz*, Case No. 20STRO06258. A true and correct copy of the case docket is attached hereto as **Exhibit A.**

2. The case docket in the Los Angeles Superior Court, Stanley Mosk Courthouse, entitled *Thomas Wesley Pentz v. Marchel Garielle Auguste aka Shelly Auguste,* LASC Case No. 20STRO06666. A true and correct copy of the case docket is attached hereto as **Exhibit B.**

3. The case docket in the Los Angeles Superior Court, Stanley Mosk Courthouse, entitled *Thomas Wesley Pentz v. Marchel Garielle Auguste aka Shelly Auguste,* LASC Case No. 21STCV16321 ("**Pentz v. Auguste Civil Matter**"). A true and correct copy of the case docket is attached hereto as **Exhibit C.**

4. The case docket in the Los Angeles Superior Court, Stanley Mosk Courthouse, entitled *Marchel Garielle Auguste aka Shelly Auguste v. Thomas Wesley Pentz,* LASC Case No. 21STCV23647 ("**Auguste v. Pentz Civil Matter**"). A true and correct copy of the case docket is attached hereto as **Exhibit D.**

/ / /

/ / /

/ / /

/ / /

5. A Petition to Confirm an Arbitration Award filed in Los Angeles, Superior Court, LASC Case No.22STCP03439, entitled *Thomas Wesley Pentz v. Marchel Garielle Auguste aka Shelly Auguste.* A true and correct copy of the Petition is attached hereto as **Exhibit E.**

Dated: November 12, 2024   LINER FREEDMAN TAITELMAN + COOLEY, LLP

By:   /s/ *Brian E. Turnauer*
    Bryan J. Freedman
    Brian E. Turnauer
    Tamar Yeghiayan
    Attorneys for Defendants