

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|---|---|---|---|---|---|---|
| | Pay Fines, Search Records... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA ... |

Search

ONLINE SERVICES

## Case Access

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

### CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 20STRO06258
AUGUSTE, SHELLY VS PENTZ, THOMAS WESLEY

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 11/16/2020
**Case Type:** DV Prevention w/o Minor Children (General Jurisdiction)
**Status:** Statistical Disposition 01/12/2021

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Same Party:  23STRO06224

UCF Case:  20STRO06666

### FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

### PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AUGUSTE SHELLY - Petitioner

BLOOM LISA - Attorney for Petitioner for Petitioner

PENTZ THOMAS WESLEY - Respondent

### DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**01/17/2021** LACourtConnect-Fees Paid V
Filed by Petitioner

**01/17/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**01/17/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**01/12/2021** Minute Order

**01/11/2021** Remote Appearance - Scheduled
Filed by Petitioner

**12/21/2020** Remote Appearance - Scheduled
Filed by Petitioner

**12/21/2020** Remote Appearance - Scheduled
Filed by Petitioner

**12/13/2020** LACourtConnect-Fees Paid
Filed by Petitioner

**12/08/2020** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**12/08/2020** Minute Order

**12/03/2020** Order - Media Request to Permit Coverage MC510 (DENIED. Order mailed to requesting party on 12/03/2020. )

**12/03/2020** Request - Media to Photograph, Record or Broadcast MC500

**12/01/2020** Proof of Service (DV-200 )
Filed by Petitioner

**11/24/2020** Remote Appearance - Scheduled
Filed by Petitioner

**11/16/2020** Temporary Restraining Order (Form 110)
Filed by Petitioner

**11/16/2020** Notice - Court Hearing (Form 109)
Filed by Petitioner

**11/16/2020** Request - DV Prevention w/o Minor Child (Case Initiation)
Filed by Petitioner

### PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
**01/12/2021** at 8:30 AM in Department 13, Warren, Jeanmarie, Presiding
Restraining Order Hearing - **Dismissed - TRO-Lack of Prosecution**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**01/17/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**01/17/2021** LACourtConnect-Fees Paid
Filed by Petitioner

**01/17/2021** LACourtConnect-Fees Paid V
Filed by Petitioner

**01/12/2021** at 8:30 AM in Department 13, Warren, Jeanmarie, Presiding
Restraining Order Hearing - **Dismissed - TRO-Lack of Prosecution**

**01/12/2021** Minute Order

**01/11/2021** Remote Appearance - Scheduled
Filed by Petitioner

**12/21/2020** Remote Appearance - Scheduled
Filed by Petitioner

**12/21/2020** Remote Appearance - Scheduled
Filed by Petitioner

**12/13/2020** LACourtConnect-Fees Paid
Filed by Petitioner

**12/08/2020** at 8:30 AM in Department 13, Warren, Jeanmarie, Presiding
Restraining Order Hearing - **Held - Continued**

**12/08/2020** Minute Order

**12/08/2020** Notice - Hearing & Order on Reissuance TRO (Form 116)
Filed by Petitioner

**12/03/2020** Order - Media Request to Permit Coverage MC510 (DENIED. Order mailed to requesting party on 12/03/2020. )

**12/03/2020** Request - Media to Photograph, Record or Broadcast MC500

**12/01/2020** Proof of Service (DV-200 )
Filed by Petitioner

**11/24/2020** Remote Appearance - Scheduled
Filed by Petitioner

**11/16/2020** Request - DV Prevention w/o Minor Child (Case Initiation)
Filed by Petitioner

**11/16/2020** Temporary Restraining Order (Form 110)
Filed by Petitioner

**11/16/2020** Notice - Court Hearing (Form 109)
Filed by Petitioner

NEW SEARCH

Privacy Statement    |    Disclaimer    |    Employment    |    ADA    |    Holidays    |    Comment on our Website          Copyright © 2024 Superior Court of California, County of Los Angeles