

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 20STRO06666
PENTZ, THOMAS WESLEY VS AUGUSTE, MARCHEL GABRIELLE

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 12/08/2020
**Case Type:** DV Prevention w/o Minor Children (General Jurisdiction)
**Status:** Statistical Disposition 01/12/2021

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Same Party:  23STRO06224

UCF Case:  20STRO06258

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AUGUSTE MARCHEL GABRIELLE - Respondent
FREEDMAN BRYAN JOEL - Attorney for Petitioner for Petitioner
PENTZ THOMAS WESLEY - Petitioner

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)
01/17/2021 LACourtConnect-Fees Paid
Filed by Respondent
01/17/2021 LACourtConnect-Fees Paid
Filed by Respondent
01/12/2021 Minute Order
12/23/2020 Remote Appearance - Scheduled
Filed by Respondent
12/23/2020 Remote Appearance - Scheduled
Filed by Respondent
12/22/2020 Stipulation and Order
Filed by Petitioner
12/08/2020 Declaration
12/08/2020 Request - Judicial Notice
Filed by Petitioner
12/08/2020 Notice - Lodging
Filed by Petitioner
12/08/2020 Memorandum - Points and Authorities
Filed by Petitioner
12/08/2020 Notice - Motion
Filed by Petitioner
12/08/2020 Temporary Restraining Order (Form 110)
Filed by Petitioner
12/08/2020 Notice - Court Hearing (Form 109)
Filed by Petitioner
12/08/2020 Request - DV Prevention w/ Minor Child (Case Initiation)
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Proceedings Held (Proceeding dates listed in descending order)
01/12/2021 at 8:30 AM in Department 13, Warren, Jeanmarie, Presiding
Restraining Order Hearing - **Dismissed - TRO-Lack of Prosecution**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Register of Actions (Listed in descending order)**

**01/17/2021** LACourtConnect-Fees Paid
Filed by Respondent

**01/17/2021** LACourtConnect-Fees Paid
Filed by Respondent

**01/12/2021** at 8:30 AM in Department 13, Warren, Jeanmarie, Presiding
Restraining Order Hearing - **Dismissed - TRO-Lack of Prosecution**

**01/12/2021** Minute Order

**12/23/2020** Remote Appearance - Scheduled
Filed by Respondent

**12/23/2020** Remote Appearance - Scheduled
Filed by Respondent

**12/22/2020** Stipulation and Order
Filed by Petitioner

**12/08/2020** Declaration

**12/08/2020** Memorandum - Points and Authorities
Filed by Petitioner

**12/08/2020** Request - Judicial Notice
Filed by Petitioner

**12/08/2020** Notice - Lodging
Filed by Petitioner

**12/08/2020** Request - DV Prevention w/ Minor Child (Case Initiation)
Filed by Petitioner

**12/08/2020** Temporary Restraining Order (Form 110)
Filed by Petitioner

**12/08/2020** Notice - Court Hearing (Form 109)
Filed by Petitioner

**12/08/2020** Notice - Motion
Filed by Petitioner

NEW SEARCH