THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

| Home | Online Services
Pay Fines  Search Records | Forms, Filings & Files
Forms, Filing Fees | Self-Help
For persons without attorneys | Divisions
Civil, Criminal, Family | Jury
Jury Duty Portal, Q&A | General Info
Courthouses, ADA |

**ONLINE SERVICES**

# Case Access

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

**CASE INFORMATION**

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 21STCV16321
THOMAS WESLEY PENTZ VS MARCHEL GABRIELLE AUGUSTE

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 04/30/2021
**Case Type:** Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Related: 21STCP03439 on 04/26/2023
Related: 21STCV23647 on 04/26/2023
Related: 22STCP03439 on 04/28/2023
Related: 21STCV23647 on 04/28/2023

**FUTURE HEARINGS**

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**01/06/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**01/06/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion to Consolidate

**01/13/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

**PARTY INFORMATION**

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AUGUSTE MARCHEL GABRIELLE AKA SHELLY AUGUSTE AN INDIVIDUAL - Defendant
COLEMAN CHRISTINA MARIE - Attorney for Defendant
FREEDMAN BRYAN JOEL - Attorney for Plaintiff
GERAGOS MARK JOHN - Attorney for Defendant
PENTZ THOMAS WESLEY - Plaintiff
SCHULMAN ALLISON - Attorney for Defendant
YEGHIAYAN TAMAR - Attorney for Plaintiff

**DOCUMENTS FILED**

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
Click on any of the below link(s) to see Register of Action items on or before the date indicated:
05/17/2023  10/21/2021

**08/13/2024** Minute Order ( (Hearing on Motion to Compel of Marchel Gabrielle Auguste aka ...))
Filed by Clerk

**08/01/2024** Notice (Of Non-Opposition To Pentz?s Motion To Compel The Deposition Of Defendant (And Plaintiff In Related Case) Marchel Gabrielle Auguste Aka Shelly Auguste)
Filed by Thomas Wesley Pentz (Plaintiff)

**07/09/2024** Notice of Change of Firm Name
Filed by Thomas Wesley Pentz (Plaintiff)

**04/18/2024** Notice of Ruling
Filed by Thomas Wesley Pentz (Plaintiff)

**04/11/2024** Certificate of Mailing for ((Hearing on Ex Parte Application to Continue Trial and All Rel...) of 04/11/2024)
Filed by Clerk

**04/11/2024** Minute Order ( (Hearing on Ex Parte Application to Continue Trial and All Rel...))
Filed by Clerk

**04/10/2024** Ex Parte Application ((Joint) to Continue Trial and All Related Deadlines)
Filed by Marchel Gabrielle Auguste (Defendant)

**04/08/2024** Substitution of Attorney
Filed by Marchel Gabrielle Auguste (Defendant)

**03/21/2024** Motion in Limine (No 2 - Preclude Experts for Non Disclosure)
Filed by Thomas Wesley Pentz (Plaintiff)

**03/21/2024** Motion in Limine (No 1 - Preclude Auguste Testimony)
Filed by Thomas Wesley Pentz (Plaintiff)

03/18/2024 Minute Order ( (Hearing on Ex Parte Application for Orders: Advancing the Hea...))
Filed by Clerk

03/15/2024 Ex Parte Application (for Orders: Advancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis; or in th)
Filed by Thomas Wesley Pentz (Plaintiff)

03/14/2024 Motion to Compel (Deposition of Marchel Gabrielle Auguste aka Shelly Auguste (0085))
Filed by Thomas Wesley Pentz (Plaintiff)

02/26/2024 Notice of Ruling (AMENDED NOTICE OF RULING RE: MOTION TO CONSOLIDATE)
Filed by Thomas Wesley Pentz (Plaintiff)

02/22/2024 Notice of Ruling (RE: MOTION TO CONSOLIDATE)
Filed by Thomas Wesley Pentz (Plaintiff)

02/08/2024 Minute Order ( (Hearing on Motion to Consolidate (Res ID: 3302)))
Filed by Clerk

02/02/2024 Notice (of Non-Opposition to Pentz?s Second Motion to Consolidate)
Filed by Thomas Wesley Pentz (Plaintiff)

01/17/2024 Notice of Change of Firm Name
Filed by Thomas Wesley Pentz (Plaintiff)

01/12/2024 Motion to Consolidate ((Res ID: 3302))
Filed by Thomas Wesley Pentz (Plaintiff)

07/14/2023 Notice of Ruling (OF ENTRY OF ORDER GRANTING ATTORNEY?S MOTION TO BE RELIEVED AS COUNSEL)
Filed by Marchel Gabrielle Auguste (Defendant)

07/13/2023 Notice (of Entry of Order Granting Attorney Motion to Withdraw)
Filed by Marchel Gabrielle Auguste (Defendant)

07/13/2023 Minute Order ( (Hearing on Motion to be Relieved as Counsel Res ID 8170; He...))
Filed by Clerk

07/13/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Allison Schulman (Attorney)

07/13/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Christina Marie Coleman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Defendant)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Marchel Gabrielle Auguste (Defendant)

06/16/2023 Motion to Be Relieved as Counsel
Filed by Allison Schulman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Defendant)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Christina Marie Coleman (Attorney)

06/16/2023 Motion to Be Relieved as Counsel
Filed by Christina Marie Coleman (Attorney)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  10/21/2021

05/17/2023 Certificate of Mailing for ((Court Order Re: Notice of Entry of Order on Joint Stipulatio...) of 05/17/2023)
Filed by Clerk

05/17/2023 Minute Order ( (Court Order Re: Notice of Entry of Order on Joint Stipulatio...))
Filed by Clerk

05/17/2023 Stipulation and Order (JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL)
Filed by Thomas Wesley Pentz (Plaintiff); Marchel Gabrielle Auguste (Defendant)

04/28/2023 Certificate of Mailing for ((Court Order Re: Notice of Related Case) of 04/28/2023)
Filed by Clerk

04/28/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

04/26/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Certificate of Mailing for (Minute Order (Court Order Re: Notice of Related Case))
Filed by Clerk

04/26/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

04/21/2023 Notice of Related Case
Filed by Thomas Wesley Pentz (Plaintiff)

09/06/2022 Minute Order ( (Hearing on Motion to Continue Trial (Res ID: 9103)))
Filed by Clerk

09/02/2022 Minute Order ( (Hearing on Motion to Continue Trial (Res ID: 9103)))
Filed by Clerk

09/01/2022 Notice of Continuance
Filed by Thomas Wesley Pentz (Plaintiff)

08/26/2022 Reply (to Motion to Continue Trial; Declaration of Tamar Yeghiayan, Esq. In Support Thereof)
Filed by Thomas Wesley Pentz (Plaintiff)

08/22/2022 Opposition (to Pentz's Motion to Continue)
Filed by Marchel Gabrielle Auguste (Defendant)

08/11/2022 Motion to Continue Trial Date ((Res ID: 9103))
Filed by Thomas Wesley Pentz (Plaintiff)

07/08/2022 Certificate of Mailing for ((Court Order Re: Remote Mandatory Settlement Conference Assig...) of 07/08/2022)
Filed by Clerk

07/08/2022 Minute Order ( (Court Order Re: Remote Mandatory Settlement Conference Assig...))
Filed by Clerk

04/26/2022 Certificate of Mailing for ((Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...) of 04/26/2022)
Filed by Clerk

04/26/2022 Minute Order ( (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...))
Filed by Clerk

03/16/2022 Minute Order ( (Hearing on Motion to Consolidate (Res ID: 3926)))
Filed by Clerk

03/14/2022 Notice of Change of Address or Other Contact Information
Filed by Christina Marie Coleman (Attorney)

03/09/2022 Reply (to Motion to Consolidate)
Filed by Thomas Wesley Pentz (Plaintiff)

03/03/2022 Motion to Consolidate
Filed by Thomas Wesley Pentz (Plaintiff)

03/03/2022 Motion to Consolidate
Filed by Thomas Wesley Pentz (Plaintiff)

03/03/2022 Opposition (Opposition to Motion to Consolidate)
Filed by Marchel Gabrielle Auguste (Defendant)

**01/14/2022** Minute Order ( (Case Management Conference))
Filed by Clerk

**01/13/2022** Brief (Plaintiff's Status Update to Court)
Filed by Thomas Wesley Pentz (Plaintiff)

**11/10/2021** Certificate of Mailing for ((Court Order Re: Notice of Entry of Order on Stipulated Prote...) of 11/10/2021)
Filed by Clerk

**11/10/2021** Minute Order ( (Court Order Re: Notice of Entry of Order on Stipulated Prote...))
Filed by Clerk

**11/10/2021** Stipulation and Order (Stipulated Protective Order)
Filed by Thomas Wesley Pentz (Plaintiff); Marchel Gabrielle Auguste (Defendant)

**10/22/2021** Minute Order ((Case Management Conference))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  10/21/2021

**10/21/2021** Notice of Posting of Jury Fees
Filed by Marchel Gabrielle Auguste (Defendant)

**10/19/2021** Answer
Filed by Marchel Gabrielle Auguste (Defendant)

**10/07/2021** Case Management Statement
Filed by Thomas Wesley Pentz (Plaintiff)

**10/07/2021** Case Management Statement
Filed by Marchel Gabrielle Auguste (Defendant)

**09/24/2021** Notice (of Court Order Re Related Cases)
Filed by Thomas Wesley Pentz (Plaintiff)

**09/17/2021** Notice (OF COURT ORDER RE RELATED CASES)
Filed by Thomas Wesley Pentz (Plaintiff)

**09/16/2021** Amended Complaint ( (1st))
Filed by Thomas Wesley Pentz (Plaintiff)

**09/14/2021** Certificate of Mailing for ((Court Order Re: Notice of Related Case and Notice of Case Ma...) of 09/14/2021)
Filed by Clerk

**09/14/2021** Minute Order ((Court Order Re: Notice of Related Case and Notice of Case Ma...))
Filed by Clerk

**09/10/2021** Certificate of Mailing for ((Court Order Re Reassignment to an Independent Calendar Court) of 09/10/2021)
Filed by Clerk

**09/10/2021** Minute Order ( (Court Order Re Reassignment to an Independent Calendar Court))
Filed by Clerk

**09/09/2021** Certificate of Mailing for ((Court Order re Transfer to Non-PI) of 09/09/2021)
Filed by Clerk

**09/09/2021** Minute Order ( (Court Order re Transfer to Non-PI))
Filed by Clerk

**08/18/2021** Declaration (Declaration of Demurring or Moving Party in Support of Automatic Extension)
Filed by Marchel Gabrielle Auguste (Defendant)

**08/17/2021** Reply (Reply to Objection to Notice of Related Cases)
Filed by Thomas Wesley Pentz (Plaintiff)

**08/16/2021** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**08/16/2021** Objection (TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES)
Filed by Marchel Gabrielle Auguste (Defendant)

**08/10/2021** Notice of Posting of Jury Fees
Filed by Thomas Wesley Pentz (Plaintiff)

**08/10/2021** Notice of Related Case
Filed by Thomas Wesley Pentz (Plaintiff)

**07/15/2021** Notice and Acknowledgment of Receipt
Filed by Thomas Wesley Pentz (Plaintiff)

**05/27/2021** Proof of Service by Substituted Service
Filed by Thomas Wesley Pentz (Plaintiff)

**05/20/2021** Proof of Service by Substituted Service
Filed by Thomas Wesley Pentz (Plaintiff)

**05/18/2021** Certificate of Mailing for ([PI General Order], Standing Order re PI Procedures and Hearing Dates)
Filed by Clerk

**05/18/2021** PI General Order
Filed by Clerk

**04/30/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**04/30/2021** Civil Case Cover Sheet
Filed by Thomas Wesley Pentz (Plaintiff)

**04/30/2021** Summons (on Complaint)
Filed by Thomas Wesley Pentz (Plaintiff)

**04/30/2021** Complaint
Filed by Thomas Wesley Pentz (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  10/21/2021

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
05/17/2023  07/20/2022

**08/13/2024** at 08:30 AM in Department 73, Rolf M. Treu, Presiding
Hearing on Motion to Compel (of Marchel Gabrielle Auguste aka Shelly Auguste (0085)) - **Held - Motion Denied**

**04/30/2024** at 08:30 AM in Department 73
Hearing on Motion to Compel Discovery (not "Further Discovery") - **Not Held - Taken Off Calendar by Party**

**04/29/2024** at 08:30 AM in Department 73
Jury Trial ((5 days)) - **Not Held - Advanced and Continued - by Court**

**04/26/2024** at 08:30 AM in Department 29
Order to Show Cause Re: Dismissal - **Not Held - Advanced and Vacated**

**04/15/2024** at 08:30 AM in Department 73
Hearing on Motion to Consolidate ((Res ID 3302)) - **Not Held - Advanced and Continued - by Court**

**04/15/2024** at 08:30 AM in Department 73
Final Status Conference - **Not Held - Advanced and Continued - by Court**

03/18/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (to Continue Trial and All Related Deadlines) - Held - Motion Granted

03/18/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (for OrdersAdvancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis) - Held - Motion Denied

02/08/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Consolidate ((Res ID 3302)) - Held - Continued

01/23/2024 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

01/09/2024 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

12/14/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

11/07/2023 at 08:30 AM in Department 73
Hearing on Motion for Summary Judgment

10/24/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

08/31/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

07/24/2023 at 08:30 AM in Department 73
Jury Trial ((5 days)) - Not Held - Advanced and Continued - by Court

07/13/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to be Relieved as Counsel (Res ID 8170) - Held - Motion Granted

07/13/2023 at 08:30 AM in Department 73
Hearing on Motion to be Relieved as Counsel (Res ID 3006) - Held - Motion Granted

07/12/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Court

07/11/2023 at 08:30 AM in Department 73
Hearing on Motion to be Relieved as Counsel - Not Held - Rescheduled by Party

07/10/2023 at 08:30 AM in Department 73
Final Status Conference - Not Held - Advanced and Continued - by Court

07/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

06/06/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  07/20/2022

05/17/2023 at 10:22 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/28/2023 at 12:21 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/27/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

04/26/2023 at 11:53 AM in Department 73, Timothy Patrick Dillon, Presiding
Nunc Pro Tunc Order

04/26/2023 at 10:12 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/25/2023 at 08:30 AM in Department 73
Hearing on Motion for Summary Judgment - Not Held - Rescheduled by Party

02/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

01/18/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

01/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Continued - Court's Motion

11/01/2022 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - Not Held - Rescheduled by Party

10/28/2022 at 08:30 AM in Department 29
Non-Jury Trial - Not Held - Advanced and Vacated

10/24/2022 at 08:30 AM in Department 73
Jury Trial ((5 days)) - Not Held - Advanced and Continued - by Court

10/14/2022 at 10:00 AM in Department 29
Final Status Conference - Not Held - Advanced and Vacated

10/10/2022 at 08:30 AM in Department 73
Final Status Conference - Not Held - Advanced and Continued - by Court

10/04/2022 at 08:30 AM in Department 73
Hearing on Motion to Continue Trial - Not Held - Taken Off Calendar by Party

09/13/2022 at 08:30 AM in Department 73
Hearing on Motion to Continue Trial - Not Held - Rescheduled by Party

09/06/2022 at 10:00 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Continue Trial ((Res ID9103)) - Held - Motion Granted

09/02/2022 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Continue Trial ((Res ID9103)) - Not Held - Continued - Court's Motion

08/19/2022 at 09:00 AM in Department STL-D
MSC Timeslot (Judge Dennis Landin)

08/05/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Continued - Court's Motion

07/22/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Continued - Court's Motion

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  07/20/2022

07/20/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Continued - Court's Motion

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Taken Off Calendar by Party

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Taken Off Calendar by Party

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Taken Off Calendar by Party

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Taken Off Calendar by Party

07/13/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - Not Held - Rescheduled by Party

07/08/2022 at 11:24 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

**05/11/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

**05/11/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

**05/06/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

**05/04/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Party**

**05/04/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Party**

**05/04/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Party**

**05/04/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Party**

**04/26/2022** at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Continued - Court's Motion**

**04/26/2022** at 4:06 PM in Department 73, Timothy Patrick Dillon, Presiding
Ruling on Submitted Matter

**03/16/2022** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Consolidate ((Res ID3926)) - **Held - Taken under Submission**

**01/14/2022** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Case Management Conference - **Held**

**11/10/2021** at 2:56 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

**10/22/2021** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Case Management Conference - **Held - Continued**

**09/14/2021** at 4:30 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

**09/10/2021** at 2:11 PM in Department 1, David J. Cowan, Presiding
Court Order

**09/09/2021** at 11:44 AM in Department 29, Serena R. Murillo, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  05/17/2023  07/20/2022

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**08/13/2024** Updated -- Motion to Compel Deposition of Marchel Gabrielle Auguste aka Shelly Auguste (0085): Filed By: Thomas Wesley Pentz (Plaintiff); Result: Denied ; Result Date: 08/13/2024

**08/13/2024** Minute Order (Hearing on Motion to Compel of Marchel Gabrielle Auguste aka ...)

**08/13/2024** Hearing on Motion to Compel of Marchel Gabrielle Auguste aka Shelly Auguste (0085) scheduled for 08/13/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 08/13/2024; Result Type to Held - Motion Denied

**08/06/2024** Updated -- Notice Of Non-Opposition To Pentz?s Motion To Compel The Deposition Of Defendant (And Plaintiff In Related Case) Marchel Gabrielle Auguste Aka Shelly Auguste: Name Extension changed from OF NON-OPPOSITION TO PENTZ?S MOTION TO COMPEL THE DEPOSITION OF DEFENDANT (AND PLAINTIFF IN RELATED CASE) MARCHEL GABRIELLE AUGUSTE AKA SHELLY AUGUSTE to Of Non-Opposition To Pentz?s Motion To Compel The Deposition Of Defendant (And Plaintiff In Related Case) Marchel Gabrielle Auguste Aka Shelly Auguste

**08/01/2024** Notice OF NON-OPPOSITION TO PENTZ?S MOTION TO COMPEL THE DEPOSITION OF DEFENDANT (AND PLAINTIFF IN RELATED CASE) MARCHEL GABRIELLE AUGUSTE AKA SHELLY AUGUSTE; Filed by: Thomas Wesley Pentz (Plaintiff)

**07/10/2024** Updated -- Bryan Joel Freedman (Attorney): Organization Name changed from Freedman Taitelman + Cooley, LLP to Liner Freedman Taitelman + Cooley, LLP

**07/09/2024** Notice of Change of Firm Name; Filed by: Thomas Wesley Pentz (Plaintiff); New Firm Name: Liner Freedman Taitelman + Cooley, LLP

**04/18/2024** Notice of Ruling; Filed by: Thomas Wesley Pentz (Plaintiff)

**04/11/2024** Updated -- Ex Parte Application (Joint) to Continue Trial and All Related Deadlines: Name Extension changed from Joint Ex Parte Application to Continue Trial and All Related Deadlines to (Joint) to Continue Trial and All Related Deadlines

**04/11/2024** Updated -- Ex Parte Application (Joint) to Continue Trial and All Related Deadlines: Filed By: Marchel Gabrielle Auguste (Defendant); Result: Granted ; Result Date: 04/11/2024

**04/11/2024** Final Status Conference scheduled for 01/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/11/2024** Jury Trial (5 days) scheduled for 01/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/11/2024** Hearing on Motion to Consolidate (Res ID: 3302) scheduled for 01/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/11/2024** Minute Order (Hearing on Ex Parte Application to Continue Trial and All Rel...)

**04/11/2024** Certificate of Mailing for (Hearing on Ex Parte Application to Continue Trial and All Rel...) of 04/11/2024; Filed by: Clerk

**04/11/2024** Hearing on Ex Parte Application to Continue Trial and All Related Deadlines scheduled for 04/11/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 04/11/2024; Result Type to Held - Motion Granted

**04/11/2024** Pursuant to the request of moving party, Final Status Conference scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/06/2025 08:30 AM

**04/11/2024** On the Court's own motion, Hearing on Motion to Consolidate (Res ID: 3302) scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/06/2025 08:30 AM

**04/11/2024** Pursuant to the request of moving party, Jury Trial (5 days) scheduled for 04/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/13/2025 08:30 AM

**04/10/2024** Ex Parte Application Joint Ex Parte Application to Continue Trial and All Related Deadlines; Filed by: Marchel Gabrielle Auguste (Defendant)

**04/10/2024** Hearing on Ex Parte Application to Continue Trial and All Related Deadlines scheduled for 04/11/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/08/2024** Substitution of Attorney; Filed by: Marchel Gabrielle Auguste (Defendant)

**03/21/2024** Motion in Limine No 1 - Preclude Auguste Testimony; Filed by: Thomas Wesley Pentz (Plaintiff)

**03/21/2024** Motion in Limine No 2 - Preclude Experts for Non Disclosure; Filed by: Thomas Wesley Pentz (Plaintiff)

**03/18/2024** Updated -- Motion to Compel Deposition of Marchel Gabrielle Auguste aka Shelly Auguste (0085): Name Extension changed from Deposition of Marchel Gabrielle Auguste to Deposition of Marchel Gabrielle Auguste aka Shelly Auguste (0085)

**03/18/2024** Updated -- Ex Parte Application for Orders: Advancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis; or in th: Filed By: Thomas Wesley Pentz (Plaintiff); Result: Denied ; Result Date: 03/18/2024

**03/18/2024** Minute Order (Hearing on Ex Parte Application for Orders: Advancing the Hea...)

**03/18/2024** Certificate of Mailing for (Hearing on Ex Parte Application for Orders: Advancing the Hea...) of 03/18/2024; Filed by: Clerk

**03/18/2024** Hearing on Ex Parte Application for Orders: Advancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis scheduled for 03/18/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 03/18/2024; Result Type to Held - Motion Denied

**03/15/2024** Ex Parte Application for Orders: Advancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis; or in th; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**03/15/2024** Hearing on Ex Parte Application for Orders: Advancing the Hearing on a Motion to Compel an Independent Medical Examination, and Advancing the Hearing on the Motion to Compel Deposition of Auguste, on a Shortened Time Basis scheduled for 03/18/2024 at 08:30 AM

03/15/2024 Hearing on Motion to Compel Deposition scheduled for 03/17/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

03/14/2024 Motion to Compel Deposition of Marchel Gabrielle Auguste; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

03/04/2024 Pursuant to the request of moving party, Hearing on Motion to Compel Discovery (not "Further Discovery") scheduled for 04/30/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 03/04/2024

02/26/2024 Notice of Ruling AMENDED NOTICE OF RULING RE: MOTION TO CONSOLIDATE; Filed by: Thomas Wesley Pentz (Plaintiff)

02/22/2024 Notice of Ruling RE: MOTION TO CONSOLIDATE; Filed by: Thomas Wesley Pentz (Plaintiff)

02/08/2024 Hearing on Motion to Consolidate (Res ID: 3302) scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

02/08/2024 Minute Order (Hearing on Motion to Consolidate (Res ID: 3302))

02/08/2024 Hearing on Motion to Consolidate (Res ID: 3302) scheduled for 02/08/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Held - Continued was rescheduled to 04/15/2024 08:30 AM

02/02/2024 Notice of Non-Opposition to Pentz?s Second Motion to Consolidate; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

01/17/2024 Notice of Change of Firm Name; Filed by: Thomas Wesley Pentz (Plaintiff); New Firm Name: Freedman Taitelman + Cooley, LLP

01/17/2024 Updated -- Bryan Joel Freedman (Attorney): Organization Name changed from Freedman & Taitelman LLP to Freedman Taitelman + Cooley, LLP

01/17/2024 Address for Bryan Joel Freedman (Attorney) updated

01/16/2024 Updated -- Motion to Consolidate (Res ID: 3302): Name Extension: (Res ID: 3302)

01/16/2024 Hearing on Motion to Consolidate scheduled for 02/08/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

01/12/2024 Motion to Consolidate; Filed by: Thomas Wesley Pentz (Plaintiff)

12/21/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/23/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 02/08/2024 08:30 AM

12/06/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/09/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/23/2024 08:30 AM

11/13/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 12/14/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/09/2024 08:30 AM

09/19/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 10/24/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 12/14/2023 08:30 AM

07/14/2023 Notice of Ruling OF ENTRY OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL; Filed by: Marchel Gabrielle Auguste (Defendant)

07/13/2023 Updated -- Motion to Be Relieved as Counsel: Filed By: Christina Marie Coleman (Attorney); Result: Granted ; Result Date: 07/13/2023

07/13/2023 Updated -- Motion to Be Relieved as Counsel: Filed By: Allison Schulman (Attorney); Result: Granted ; Result Date: 07/13/2023

07/13/2023 Notice of Entry of Order Granting Attorney Motion to Withdraw; Filed by: Marchel Gabrielle Auguste (Defendant)

07/13/2023 Minute Order (Hearing on Motion to be Relieved as Counsel Res ID 8170; He...)

07/13/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Signed and Filed by: Christina Marie Coleman (Attorney); As to: Christina Marie Coleman (Attorney)

07/13/2023 Updated -- Order Granting Attorney's Motion to Be Relieved as Counsel-Civil: Filed By: Christina Marie Coleman (Attorney); Result: Granted ; Result Date: 07/13/2023

07/13/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Signed and Filed by: Allison Schulman (Attorney); As to: Marchel Gabrielle Auguste (Defendant)

07/13/2023 Updated -- Order Granting Attorney's Motion to Be Relieved as Counsel-Civil: Filed By: Allison Schulman (Attorney); Result: Granted ; Result Date: 07/13/2023

07/13/2023 Hearing on Motion to be Relieved as Counsel Res ID 8170 scheduled for 07/13/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/13/2023; Result Type to Held - Motion Granted

07/13/2023 Hearing on Motion to be Relieved as Counsel Res ID 3006 scheduled for 07/13/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/13/2023; Result Type to Held - Motion Granted

07/06/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 08/31/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 10/24/2023 08:30 AM

06/23/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/13/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

06/16/2023 Motion to Be Relieved as Counsel; Filed by: Attorney; As to: Christina Marie Coleman (Attorney)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Christina Marie Coleman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Defendant)

06/16/2023 Motion to Be Relieved as Counsel; Filed by: Attorney; As to: Marchel Gabrielle Auguste (Defendant)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Marchel Gabrielle Auguste (Defendant)

06/16/2023 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Defendant); As to: Thomas Wesley Pentz (Plaintiff); Marchel Gabrielle Auguste (Defendant)

06/16/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/13/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

06/14/2023 Pursuant to the request of moving party, Hearing on Motion to be Relieved as Counsel scheduled for 07/11/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/13/2023 08:30 AM

06/05/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 08/31/2023 08:30 AM

05/17/2023 Final Status Conference scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

05/17/2023 Jury Trial (5 days) scheduled for 04/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

05/17/2023 Stipulation and Order JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL; Signed and Filed by: Thomas Wesley Pentz (Plaintiff); Marchel Gabrielle Auguste (Defendant)

05/17/2023 Updated -- Stipulation and Order JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL: Filed By: Thomas Wesley Pentz (Plaintiff),Marchel Gabrielle Auguste (Defendant); Result: Granted ; Result Date: 05/17/2023

05/17/2023 Minute Order (Court Order Re: Notice of Entry of Order on Joint Stipulatio...)

05/17/2023 Certificate of Mailing for (Court Order Re: Notice of Entry of Order on Joint Stipulatio...) of 05/17/2023; Filed by: Clerk

05/17/2023 Pursuant to written stipulation, Final Status Conference scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 04/15/2024 08:30 AM

05/17/2023 Pursuant to written stipulation, Jury Trial (5 days) scheduled for 07/24/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 04/29/2024 08:30 AM

05/08/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 07/12/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 07/10/2023 08:30 AM

05/03/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 06/06/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/12/2023 08:30 AM

04/28/2023 Minute Order (Court Order Re: Notice of Related Case)

04/28/2023 Certificate of Mailing for (Court Order Re: Notice of Related Case) of 04/28/2023; Filed by: Clerk

04/28/2023 Case numbers 21STCV16321, 21STCV23647, 22STCP03439 are related; case number 21STCV16321 is the lead case.

04/26/2023 21STCV16321 unrelated from 21STCP03439, 21STCV23647

04/26/2023 21STCV16321 unrelated from 21STCP03439, 21STCV23647

04/26/2023 21STCV16321 unrelated from 21STCP03439, 21STCV23647

04/26/2023 Minute Order (Court Order Re: Notice of Related Case)

04/26/2023 Certificate of Mailing for (Court Order Re: Notice of Related Case) of 04/26/2023; Filed by: Clerk

04/26/2023 Case numbers 21STCV16321, 21STCV23647, 21STCP03439 are related; case number 21STCV16321 is the lead case.

04/26/2023 Updated -- Certificate of Mailing for Minute Order (Court Order Re: Notice of Related Case): Result: Stricken ; Result Date: 04/26/2023 ; Name Extension changed from (Court Order Re: Notice of Related Case) of 04/26/2023 to Minute Order (Court Order Re: Notice of Related Case)

04/26/2023 Case 21STCV16321: THOMAS WESLEY PENTZ vs MARCHEL GABRIELLE AUGUSTE is unconsolidated.

04/26/2023 21STCV16321 unrelated from 21STCV23647

04/26/2023 Minute Order (Nunc Pro Tunc Order)

04/26/2023 The case is placed in special status of: Deemed Not Related

04/21/2023 Notice of Related Case; Filed by: Thomas Wesley Pentz (Plaintiff)

04/10/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Judgment scheduled for 04/25/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 11/07/2023 08:30 AM

03/27/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 04/27/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 06/06/2023 08:30 AM

01/11/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 02/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 04/27/2023 08:30 AM

12/20/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/18/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 02/10/2023 08:30 AM

12/13/2022 On the Court's own motion, Hearing on Motion to Consolidate scheduled for 01/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 01/18/2023 08:30 AM

10/03/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 11/01/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/10/2023 08:30 AM

09/08/2022 Final Status Conference scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

09/08/2022 Jury Trial (5 days) scheduled for 07/24/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

09/08/2022 Pursuant to the request of moving party, Final Status Conference scheduled for 10/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 07/10/2023 08:30 AM

09/08/2022 Pursuant to the request of moving party, Jury Trial (5 days) scheduled for 10/24/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 07/24/2023 08:30 AM

09/06/2022 Minute Order (Hearing on Motion to Continue Trial (Res ID: 9103))

09/06/2022 Hearing on Motion to Continue Trial (Res ID: 9103) scheduled for 09/06/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 09/06/2022; Result Type to Held - Motion Granted

09/06/2022 Updated -- Motion to Continue Trial Date (Res ID: 9103): Filed By: Thomas Wesley Pentz (Plaintiff); Result: Granted; Result Date: 09/06/2022

09/02/2022 Minute Order (Hearing on Motion to Continue Trial (Res ID: 9103))

09/02/2022 On the Court's own motion, Hearing on Motion to Continue Trial (Res ID: 9103) scheduled for 09/02/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 09/06/2022 10:00 AM

09/02/2022 Hearing on Motion to Continue Trial (Res ID: 9103) scheduled for 09/06/2022 at 10:00 AM in Stanley Mosk Courthouse at Department 73

09/01/2022 Notice of Continuance; Filed by: Thomas Wesley Pentz (Plaintiff)

08/26/2022 Reply to Motion to Continue Trial; Declaration of Tamar Yeghiayan, Esq. in Support Thereof; Filed by: Thomas Wesley Pentz (Plaintiff)

08/24/2022 Updated -- Notice of Change of Address or Other Contact Information: Filed By: Christina Marie Coleman (Attorney); Result: Reviewed; Result Date: 08/24/2022; As To Parties: removed

08/24/2022 Address for Christina Marie Coleman (Attorney) updated

08/23/2022 Pursuant to the request of moving party, Hearing on Motion to Continue Trial scheduled for 10/04/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 08/23/2022

08/22/2022 Updated -- Motion to Continue Trial Date (Res ID: 9103): Name Extension: (Res ID: 9103); As To Parties: removed

08/22/2022 Opposition to Pentz's Motion to Continue; Filed by: Marchel Gabrielle Auguste (Defendant)

08/12/2022 Hearing on Motion to Continue Trial scheduled for 09/02/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

08/11/2022 Motion to Continue Trial Date; Filed by: Thomas Wesley Pentz (Plaintiff)

08/10/2022 Pursuant to the request of moving party, Hearing on Motion to Continue Trial scheduled for 09/13/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 09/02/2022 08:30 AM

07/08/2022 Certificate of Mailing for (Court Order Re: Remote Mandatory Settlement Conference Assig...) of 07/08/2022; Filed by: Clerk

07/08/2022 Minute Order (Court Order Re: Remote Mandatory Settlement Conference Assig...)

07/07/2022 MSC Timeslot Judge Dennis Landin scheduled for 08/19/2022 at 09:00 AM in Spring Street Courthouse at STL-D

05/17/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 05/17/2022

05/17/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 05/17/2022

05/17/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 05/17/2022

05/17/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 05/17/2022

04/26/2022 Updated -- Motion to Consolidate: Filed By: Thomas Wesley Pentz (Plaintiff); Result: Granted in Part; Result Date: 04/26/2022; As To Parties: removed

04/26/2022 Certificate of Mailing for (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...) of 04/26/2022; Filed by: Clerk

04/26/2022 Minute Order (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...)

04/18/2022 On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/20/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 07/15/2022 08:30 AM

04/18/2022 On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/22/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 07/15/2022 08:30 AM

04/18/2022 On the Court's own motion, Hearing on Motion to Compel Further Discovery Responses scheduled for 08/05/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 07/15/2022 08:30 AM

04/13/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/04/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 08/05/2022 08:30 AM

04/11/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/04/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/13/2022 08:30 AM

04/11/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/04/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/15/2022 08:30 AM

04/11/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/04/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/20/2022 08:30 AM

04/11/2022 Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 07/13/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/22/2022 08:30 AM

03/16/2022 Minute Order (Hearing on Motion to Consolidate (Res ID: 3926))

03/16/2022 Hearing on Motion to Consolidate (Res ID: 3926) scheduled for 03/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 03/16/2022; Result Type to Held - Taken under Submission

03/14/2022 Notice of Change of Address or Other Contact Information; Filed by: Christina Marie Coleman (Attorney)

03/14/2022 Address for Christina Marie Coleman (Attorney) updated

03/09/2022 Reply to Motion to Consolidate; Filed by: Thomas Wesley Pentz (Plaintiff)

03/04/2022 Hearing on Motion to Consolidate scheduled for 03/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

03/03/2022 Motion to Consolidate; Filed by: Thomas Wesley Pentz (Plaintiff)

03/03/2022 Motion to Consolidate; Filed by: Thomas Wesley Pentz (Plaintiff)

**03/03/2022** On the Court's own motion, Hearing on Motion to Consolidate scheduled for 04/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 04/18/2022 08:30 AM

**01/14/2022** Case Management Order; Filed by: Clerk

**01/14/2022** Jury Trial (5 days) scheduled for 10/24/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**01/14/2022** Final Status Conference scheduled for 10/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**01/14/2022** Minute Order (Case Management Conference)

**01/14/2022** Case Management Conference scheduled for 01/14/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 01/14/2022; Result Type to Held

**01/13/2022** Brief Plaintiff's Status Update to Court; Filed by: Thomas Wesley Pentz (Plaintiff)

**01/10/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/06/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 05/04/2022 08:30 AM

**01/10/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/11/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 05/04/2022 08:30 AM

**01/10/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 05/13/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 05/04/2022 08:30 AM

**11/10/2021** Stipulation and Order Stipulated Protective Order; Signed and Filed by: Thomas Wesley Pentz (Plaintiff); Marchel Gabrielle Auguste (Defendant)

**11/10/2021** Updated -- Stipulation and Order Stipulated Protective Order: Filed By: Marchel Gabrielle Auguste (Defendant),Thomas Wesley Pentz (Plaintiff); Result: Granted; Result Date: 11/10/2021

**11/10/2021** Minute Order (Court Order Re: Notice of Entry of Order on Stipulated Prote...)

**11/10/2021** Certificate of Mailing for (Court Order Re: Notice of Entry of Order on Stipulated Prote...) of 11/10/2021; Filed by: Clerk

**10/22/2021** Updated -- Minute Order (Case Management Conference): Status Date changed from 10/22/2021 to 10/22/2021; Name Extension changed from (Case Management Conference) to (Case Management Conference); As To Parties: removed

**10/22/2021** Case Management Conference scheduled for 01/14/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**10/22/2021** Minute Order (Case Management Conference)

**10/22/2021** Case Management Conference scheduled for 10/22/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Held - Continued was rescheduled to 01/14/2022 08:30 AM

**10/21/2021** Notice of Posting of Jury Fees; Filed by: Marchel Gabrielle Auguste (Defendant)

**10/19/2021** Answer; Filed by: Marchel Gabrielle Auguste (Defendant); As to: Thomas Wesley Pentz (Plaintiff)

**10/07/2021** Case Management Statement; Filed by: Thomas Wesley Pentz (Plaintiff)

**10/07/2021** Case Management Statement; Filed by: Marchel Gabrielle Auguste (Defendant)

**09/24/2021** Notice of Court Order Re Related Cases; Filed by: Thomas Wesley Pentz (Plaintiff)

**09/17/2021** Notice OF COURT ORDER RE RELATED CASES; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**09/16/2021** Amended Complaint (1st); Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**09/15/2021** Case Management Conference scheduled for 10/22/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**09/14/2021** Updated -- Notice of Related Case: Filed By: Thomas Wesley Pentz (Plaintiff); Result: Granted; Result Date: 09/14/2021

**09/14/2021** Updated -- Minute Order (Court Order Re: Notice of Related Case and Notice of Case Ma...): Status Date changed from 09/14/2021 to 09/14/2021; Name Extension changed from (Court Order Re: Notice of Related Case and Notice of Case Ma...) to (Court Order Re: Notice of Related Case and Notice of Case Ma...); As To Parties: removed

**09/14/2021** Case numbers 21STCV23647, 21STCV16321 are related; case number 21STCV16321 is the lead case.

**09/14/2021** Certificate of Mailing for (Court Order Re: Notice of Related Case and Notice of Case Ma...) of 09/14/2021; Filed by: Clerk

**09/14/2021** Minute Order (Court Order Re: Notice of Related Case and Notice of Case Ma...)

**09/10/2021** Case reassigned to Stanley Mosk Courthouse in Department 73 - Hon. Timothy Patrick Dillon; Reason: Other

**09/10/2021** Certificate of Mailing for (Court Order Re Reassignment to an Independent Calendar Court) of 09/10/2021; Filed by: Clerk

**09/10/2021** Minute Order (Court Order Re Reassignment to an Independent Calendar Court)

**09/09/2021** Certificate of Mailing for (Court Order re Transfer to Non-PI) of 09/09/2021; Filed by: Clerk

**09/09/2021** Minute Order (Court Order re Transfer to Non-PI)

**09/09/2021** On the Court's own motion, Final Status Conference scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 29 Not Held - Advanced and Vacated on 09/09/2021

**09/09/2021** On the Court's own motion, Non-Jury Trial scheduled for 10/28/2022 at 08:30 AM in Spring Street Courthouse at Department 29 Not Held - Advanced and Vacated on 09/09/2021

**09/09/2021** On the Court's own motion, Order to Show Cause Re: Dismissal scheduled for 04/26/2024 at 08:30 AM in Spring Street Courthouse at Department 29 Not Held - Advanced and Vacated on 09/09/2021

**08/18/2021** Declaration Declaration of Demurring or Moving Party in Support of Automatic Extension; Filed by: Marchel Gabrielle Auguste (Defendant)

**08/17/2021** Reply Reply to Objection to Notice of Related Cases; Filed by: Thomas Wesley Pentz (Plaintiff)

**08/16/2021** Updated -- Objection TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES: Name Extension changed from MARCHEL GABRIELLE AUGUSTES OBJECTION TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES to TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES; Document changed from Response (name extension) to Objection (name extension); As To Parties: removed

**08/16/2021** Order on Court Fee Waiver (Superior Court); Signed and Filed by: Clerk; As to: Marchel Gabrielle Auguste (Defendant)

**08/16/2021** Objection TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES; Filed by: Marchel Gabrielle Auguste (Defendant)

**08/11/2021** Updated -- Bryan Joel Freedman (Attorney): Middle Name changed from J. to Joel

**08/10/2021** Notice of Related Case; Filed by: Thomas Wesley Pentz (Plaintiff)

**08/10/2021** Notice of Posting of Jury Fees; Filed by: Thomas Wesley Pentz (Plaintiff)

**07/15/2021** Notice and Acknowledgment of Receipt; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**05/27/2021** Proof of Service by Substituted Service; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant); Proof of Mailing Date: 05/11/2021; Service Cost: 469.00; Service Cost Waived: No

**05/20/2021** Proof of Service by Substituted Service; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant); Proof of Mailing Date: 05/11/2021; Service Cost: 469.00; Service Cost Waived: No

**05/18/2021** Certificate of Mailing for [PI General Order], Standing Order re PI Procedures and Hearing Dates; Filed by: Clerk

**05/18/2021** PI General Order; Filed by: Clerk

**04/30/2021** Final Status Conference scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 29

**04/30/2021** Non-Jury Trial scheduled for 10/28/2022 at 08:30 AM in Spring Street Courthouse at Department 29

**04/30/2021** Order to Show Cause Re: Dismissal scheduled for 04/26/2024 at 08:30 AM in Spring Street Courthouse at Department 29

**04/30/2021** Complaint; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**04/30/2021** Summons on Complaint; Issued and Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**04/30/2021** Civil Case Cover Sheet; Filed by: Thomas Wesley Pentz (Plaintiff); As to: Marchel Gabrielle Auguste (Defendant)

**04/30/2021** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**04/30/2021** Case assigned to Hon. Serena R. Murillo in Department 29 Spring Street Courthouse

[NEW SEARCH]