

Español   Tiếng Việt   한국어   中文   հայերեն

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS  [English ▾]

## CASE INFORMATION

[PRINT]  [NEW SEARCH]

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  21STCV23647
MARCHEL GABRIELLE AUGUSTE VS THOMAS WESLEY PENTZ

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:**  06/25/2021
**Case Type:**  Civil Rights/Discrimination (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Related:  21STCV16321 on 04/26/2023

Related:  21STCV16321 on 04/28/2023

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**12/05/2024** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Order to Show Cause Re: Sanctions Against Plaintiff's Counsel for Failure to Appear

**01/06/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**01/13/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

**10/16/2025** at 08:30 AM in Department 73 at 111 North Hill Street, Los Angeles, CA 90012
Hearing - Other Election of In Person or Remote Independent Medical Evaluation

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AUGUSTE MARCHEL GABRIELLE AKA SHELLY AUGUSTE - Plaintiff
CALIFORNIA VICTIM COMPENSATION BOARD - Non-Party
FREEDMAN BRYAN JOEL - Attorney for Defendant
GERAGOS MARK - Attorney for Plaintiff
KONSTAD ANDREA LOREEN - Attorney for Non-Party
PENTZ THOMAS WESLEY AKA DIPLO - Defendant
YEGHIAYAN TAMAR - Attorney for Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
02/15/2024   05/03/2023   08/10/2022   09/29/2021

**10/15/2024** Certificate of Mailing for ((Nunc Pro Tunc Order) of 10/15/2024)
Filed by Clerk

**10/15/2024** Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

**10/07/2024** Declaration (Casper Declaration (Auguste) In Response to OSC RE Sanctions)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**09/19/2024** Notice of Ruling
Filed by Thomas Wesley Pentz (Defendant)

**09/17/2024** Minute Order ( (Hearing - Other Election of In Person or Remote Independent M...))
Filed by Clerk

**05/17/2024** Minute Order ( (Hearing on Motion to Compel Independent Medical Evaluation (8...))
Filed by Clerk

**05/10/2024** Notice (Of Non-Opposition To Defendant?s Motion To Compel An Independent Medical Examination)
Filed by Thomas Wesley Pentz (Defendant)

**05/01/2024** Notice of Lien
Filed by California Victim Compensation Board (Non-Party)

**04/18/2024** Notice of Ruling
Filed by Thomas Wesley Pentz (Defendant)

**04/11/2024** Certificate of Mailing for ((Hearing on Ex Parte Application to Continue Trial and All Rel...) of 04/11/2024)
Filed by Clerk

04/11/2024 Minute Order ( (Hearing on Ex Parte Application to Continue Trial and All Rel...))
Filed by Clerk

04/10/2024 Ex Parte Application to Continue Trial and All Related Deadlines
Filed by Marchel Gabrielle Auguste (Plaintiff)

03/28/2024 Substitution of Attorney
Filed by Marchel Gabrielle Auguste (Plaintiff)

03/21/2024 Motion in Limine (No 5 - Exclude Evidence of Financial Condition Until Damage Phase at Trial)
Filed by Thomas Wesley Pentz (Defendant)

03/21/2024 Motion to Bifurcate
Filed by Thomas Wesley Pentz (Defendant)

03/21/2024 Motion in Limine (No 4 - to Exclude Evidence in Support of COA Not Disclosed)
Filed by Thomas Wesley Pentz (Defendant)

03/21/2024 Motion in Limine (No 3 - to Exclude of Evidence of Damages Not Disclosed in Discovery)
Filed by Thomas Wesley Pentz (Defendant)

03/21/2024 Motion in Limine (No 2 - Preclude Experts for Non Disclosure)
Filed by Thomas Wesley Pentz (Defendant)

03/21/2024 Motion in Limine (No 1 - Preclude Auguste Testimony)
Filed by Thomas Wesley Pentz (Defendant)

03/20/2024 Notice of Lien
Filed by California Victim Compensation Board (Non-Party)

03/12/2024 Notice of Ruling
Filed by Thomas Wesley Pentz (Defendant)

03/05/2024 Motion to Compel (Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq (8773))
Filed by Thomas Wesley Pentz (Defendant)

02/29/2024 Certificate of Mailing for ((Hearing on Ex Parte Application for an Order Advancing the He...) of 02/29/2024)
Filed by Clerk

02/29/2024 Minute Order ( (Hearing on Ex Parte Application for an Order Advancing the He...))
Filed by Clerk

02/28/2024 Ex Parte Application (for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis, or a Br)
Filed by Thomas Wesley Pentz (Defendant)

02/27/2024 Notice of Ruling (Amended)
Filed by Thomas Wesley Pentz (Defendant)

02/22/2024 Notice of Ruling
Filed by Thomas Wesley Pentz (Defendant)

02/16/2024 Brief (in Support of Defendant Thomas Wesley Pentz?s Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintif; a)
Filed by Thomas Wesley Pentz (Defendant)

02/16/2024 Certificate of Mailing for ((Hearing on Ex Parte Application for an Order Advancing the He...) of 02/16/2024)
Filed by Clerk

02/16/2024 Minute Order ( (Hearing on Ex Parte Application for an Order Advancing the He...))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/15/2024   05/03/2023   08/10/2022   09/29/2021

02/15/2024 Proof of Service (not Summons and Complaint)
Filed by Thomas Wesley Pentz (Defendant)

02/15/2024 Ex Parte Application (for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan)
Filed by Thomas Wesley Pentz (Defendant)

11/07/2023 Certificate of Mailing for (Order Re: Ruling on Motion for Attorneys' Fees and Costs (Res ID: 1680))
Filed by Clerk

11/07/2023 Order (Re: Ruling on Motion for Attorneys' Fees and Costs (Res ID: 1680))
Filed by Clerk

11/07/2023 Certificate of Mailing for ((Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...) of 11/07/2023)
Filed by Clerk

11/07/2023 Minute Order ( (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...))
Filed by Clerk

11/03/2023 Minute Order ( (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...))
Filed by Clerk

10/26/2023 Declaration (OF BRIAN E. TURNAUER TO ADDRESS COURT INQUIRY AT 10/26/23 HEARING RE: THOMAS WESLEY PENTZ?S MOTION FOR ATTORNEYS? FEES PURSUANT TO CODE OF CIVIL PROCEDURE ¿ 425.16(c))
Filed by Thomas Wesley Pentz (Defendant)

10/26/2023 Minute Order ( (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...))
Filed by Clerk

10/19/2023 Notice (of Non-Opposition Re Motion for Attorneys' Fees)
Filed by Thomas Wesley Pentz (Defendant)

08/31/2023 Certificate of Mailing for ((Hearing on Ex Parte Application to Advance Hearing on Motion ...) of 08/31/2023)
Filed by Clerk

08/31/2023 Minute Order ( (Hearing on Ex Parte Application to Advance Hearing on Motion ...))
Filed by Clerk

08/29/2023 Notice of Ruling (RE: EX PARTE APPLICATION)
Filed by Thomas Wesley Pentz (Defendant)

08/29/2023 Ex Parte Application (to Advance Hearing on Motion for Fees; and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan)
Filed by Thomas Wesley Pentz (Defendant)

08/28/2023 Motion for Attorney Fees (and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680))
Filed by Thomas Wesley Pentz (Defendant)

08/22/2023 Certificate of Mailing for ((Hearing on Ex Parte Application to Advance Hearing on Motion ...) of 08/22/2023)
Filed by Clerk

08/22/2023 Minute Order ( (Hearing on Ex Parte Application to Advance Hearing on Motion ...))
Filed by Clerk

08/18/2023 Minute Order ( (Hearing on Ex Parte Application to Advance Hearing Date))
Filed by Clerk

08/16/2023 Ex Parte Application (to Advance Hearing on Motion for Fees)
Filed by Thomas Wesley Pentz (Defendant)

07/14/2023 Notice of Ruling (OF ENTRY OF ORDER GRANTING ATTORNEY?S MOTION TO BE RELIEVED AS COUNSEL)
Filed by Marchel Gabrielle Auguste (Plaintiff)

07/12/2023 Notice (of Entry of Order Granting Attorney Motion to Withdraw and Proof of Service)
Filed by Marchel Gabrielle Auguste (Plaintiff)

07/11/2023 Minute Order ( (Hearing on Motion to be Relieved as Counsel; Hearing on Mot...))
Filed by Clerk

07/11/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Christina Coleman (Attorney)

07/11/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Allison Marie Schulman (Attorney)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Christina Coleman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

06/16/2023 Motion to Be Relieved as Counsel
Filed by Christina Coleman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

06/15/2023 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

06/15/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Allison Marie Schulman (Attorney)

06/14/2023 Motion to Be Relieved as Counsel
Filed by Allison Marie Schulman (Attorney)

06/14/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Marchel Gabrielle Auguste (Plaintiff)

05/16/2023 Certificate of Mailing for ((Court Order Re: Notice of Entry of Order on Joint Stipulatio...) of 05/16/2023)
Filed by Clerk

05/16/2023 Minute Order ( (Court Order Re: Notice of Entry of Order on Joint Stipulatio...))
Filed by Clerk

05/16/2023 Stipulation and Order (JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL)
Filed by Marchel Gabrielle Auguste (Plaintiff); Thomas Wesley Pentz (Defendant)

05/08/2023 Notice (of Entry of Judgment or Order)
Filed by Thomas Wesley Pentz (Defendant)

05/04/2023 Notice of Ruling
Filed by Thomas Wesley Pentz (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/15/2024   05/03/2023   08/10/2022   09/29/2021

05/03/2023 Certificate of Mailing for ((Court Order Re: Objections in Connection with Pentz?s anti-S...) of 05/03/2023)
Filed by Clerk

05/03/2023 Minute Order ( (Court Order Re: Objections in Connection with Pentz?s anti-S...))
Filed by Clerk

04/28/2023 Minute Order ( (Ruling on Submitted Matter))
Filed by Clerk

04/28/2023 Certificate of Mailing for ((Court Order Re: Notice of Related Case) of 04/28/2023)
Filed by Clerk

04/28/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

04/28/2023 Certificate of Mailing for (Order Re: DEFENDANT THOMAS WESLEY PENTZ?S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. ¿425.16;)
Filed by Clerk

04/28/2023 Order (Re: DEFENDANT THOMAS WESLEY PENTZ?S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. ¿425.16;)
Filed by Clerk

04/28/2023 Certificate of Mailing for ((Ruling on Submitted Matter) of 04/28/2023)
Filed by Clerk

04/26/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Certificate of Mailing for (Minute Order (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Certificate of Mailing for (Minute Order (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

04/26/2023 Certificate of Mailing for (Minute Order (Court Order Re: Notice of Related Case))
Filed by Clerk

04/26/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

04/04/2023 Notice of Related Case
Filed by Thomas Wesley Pentz (Defendant)

03/15/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Jennifer Aguilar, CSR#12993)
Filed by Thomas Wesley Pentz (Defendant)

03/15/2023 Minute Order ( (Hearing on Special Motion to Strike under CCP Section 425.16 ...))
Filed by Clerk

03/15/2023 Notice of Lien (Amended Notice Of Lien)
Filed by California Victim Compensation Board (Non-Party)

03/14/2023 Notice of Lodging (Unredacted Copies of the January 10, 2023 Transcript)
Filed by Thomas Wesley Pentz (Defendant)

02/24/2023 Certificate of Mailing for ((Ruling on Submitted Matter Re: Special Motion to Strike Unde...) of 02/24/2023)
Filed by Clerk

02/24/2023 Minute Order ( (Ruling on Submitted Matter Re: Special Motion to Strike Unde...))
Filed by Clerk

01/10/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Michelle G. Cooper, CSR#13572)
Filed by Thomas Wesley Pentz (Defendant)

01/10/2023 Minute Order ( (Hearing on Special Motion to Strike under CCP Section 425.16 ...))
Filed by Clerk

11/10/2022 Minute Order ((Hearing on Special Motion to Strike under CCP Section 425.16 ...))
Filed by Clerk

11/03/2022 Response (Response to Evidentiary Objections in support of Defendant's Reply to Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

11/03/2022 Declaration (Declaration of Brian Turnauer in support of Reply)
Filed by Thomas Wesley Pentz (Defendant)

11/03/2022 Objection (Evidentiary Objections in support of Reply to Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

11/03/2022 Reply (Reply to Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

11/03/2022 Response (Response to Plaintiff's Objections to Request for Judicial Notice)
Filed by Thomas Wesley Pentz (Defendant)

10/28/2022 Objection (to Defendant's Request for Judicial Notice in Support of Special Motion to Strike)
Filed by Marchel Gabrielle Auguste (Plaintiff)

10/28/2022 Objection (to Defendant's Evidence in Support of Special Motion to Strike)
Filed by Marchel Gabrielle Auguste (Plaintiff)

10/28/2022 Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**10/28/2022** Opposition (to Special Motion to Strike Pursuant to C.C.P. 425.16)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**10/26/2022** Notice of Lien
Filed by California Victim Compensation Board (Non-Party)

**10/03/2022** Notice (of Errata)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Declaration (of Andrew Mcinnes in support of Special Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Declaration (of Jevon King in support Of Special Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Request for Judicial Notice
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Proof of Service (not Summons and Complaint)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Declaration (of Thomas Wesley Pentz in support of Special Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Declaration (of Brian Turnauer in support of Special Motion to Strike)
Filed by Thomas Wesley Pentz (Defendant)

**09/30/2022** Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) ((Res ID: 5844))
Filed by Thomas Wesley Pentz (Defendant)

**09/06/2022** Minute Order ( (Court Order Re: Continuance of Trial Date))
Filed by Clerk

**08/29/2022** Notice (Amended Notice of Entry of Judgment or Order)
Filed by Thomas Wesley Pentz (Defendant)

**08/26/2022** Notice (of Entry of Judgment or Order)
Filed by Thomas Wesley Pentz (Defendant)

**08/25/2022** Answer
Filed by Thomas Wesley Pentz (Defendant)

**08/24/2022** Notice of Lien
Filed by California Victim Compensation Board (Non-Party)

**08/23/2022** Certificate of Mailing for ((Court Order Re: Notice of Entry of Order Denying the Joint S...) of 08/23/2022)
Filed by Clerk

**08/23/2022** Minute Order ( (Court Order Re: Notice of Entry of Order Denying the Joint S...))
Filed by Clerk

**08/23/2022** Stipulation and Order (Stipulation and Proposed Order to Continue Trial)
Filed by Marchel Gabrielle Auguste (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/15/2024   05/03/2023   08/10/2022   09/29/2021

**08/10/2022** Amended Complaint ( (1st))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**07/28/2022** Minute Order ( (Hearing - Other on Motion to File Supplemental Complaint (Res...))
Filed by Clerk

**07/21/2022** Reply (Plaintiff's Reply to Defendant's Opposition to plaintiff's Motion to File Supplemental Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**07/15/2022** Opposition (to Motion for Leave to Supplement Complaint)
Filed by Thomas Wesley Pentz (Defendant)

**07/15/2022** Certificate of Mailing for ((Hearing on Motion to Compel Further Discovery Responses to Fo...) of 07/15/2022)
Filed by Clerk

**07/15/2022** Minute Order ( (Hearing on Motion to Compel Further Discovery Responses to Fo...))
Filed by Clerk

**07/08/2022** Reply (to Opposition to Plaintiff's four (4) motions to compel)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**07/08/2022** Reply (to Opposition to Plaintiff's four (4) motions to compel)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**07/05/2022** Motion for Leave to Amend (to File Supplemental Complaint (Res ID: 1294))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**07/01/2022** Declaration (of Brian E. Turnauer in support of Opposition to Motion to Compel - REDACTED)
Filed by Thomas Wesley Pentz (Defendant)

**07/01/2022** Opposition (TO MARCHEL GABRIELLE AUGUSTE?S MOTION TO COMPEL - REDACTED)
Filed by Thomas Wesley Pentz (Defendant)

**05/26/2022** Separate Statement ([MOTION 4 of 4])
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Separate Statement
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses (to Request for Production of Documents and Actual Production of Documents and Request for Monetary Sanctions (Res ID: 6653))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Separate Statement
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses (to Special Interrogatories, and Request for Monetary Sanctions (Res ID: 7204))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Separate Statement
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses (to Request for Admissions and Request for Monetary Sanction (Res ID: 3871))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Memorandum of Points & Authorities
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Proof of Service (not Summons and Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Declaration (EVIDENCE PACKAGE IN SUPPORT OF PLAINTIFFS FOUR (4) MOTIONS TO COMPEL FURTHER RESPONSES BY DEFENDANT [MOTIONS 1-4])
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Separate Statement
Filed by Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses (to Form Interrogatories, and Request for Monetary Sanction (Res ID: 0051))
Filed by Marchel Gabrielle Auguste (Plaintiff)

**04/26/2022** Certificate of Mailing for ((Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...) of 04/26/2022)
Filed by Clerk

**04/26/2022** Minute Order ( (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...))
Filed by Clerk

**03/16/2022** Minute Order ( (Hearing on Motion to Consolidate (Res ID: 3155)))
Filed by Clerk

**03/11/2022** Notice of Change of Address or Other Contact Information
Filed by Christina Coleman (Attorney)

**03/10/2022** Opposition (to Motion to Consolidate)
Filed by Marchel Gabrielle Auguste (Plaintiff)

03/09/2022 Reply (to Motion to Consolidate)
Filed by Thomas Wesley Pentz (Defendant)

02/23/2022 Joinder (-Other)
Filed by California Victim Compensation Board (Non-Party)

02/17/2022 Motion to Consolidate ((Res ID: 3155))
Filed by Marchel Gabrielle Auguste (Plaintiff)

01/14/2022 Case Management Order
Filed by Clerk

01/14/2022 Minute Order ( (Case Management Conference))
Filed by Clerk

10/22/2021 Minute Order ((Case Management Conference))
Filed by Clerk

10/21/2021 Notice of Posting of Jury Fees
Filed by Thomas Wesley Pentz (Defendant)

10/21/2021 Notice of Posting of Jury Fees
Filed by Marchel Gabrielle Auguste (Plaintiff)

10/12/2021 Case Management Statement
Filed by Thomas Wesley Pentz (Defendant)

10/07/2021 Case Management Statement
Filed by Marchel Gabrielle Auguste (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/15/2024   05/03/2023   08/10/2022   09/29/2021

09/29/2021 Answer
Filed by Thomas Wesley Pentz (Defendant)

09/14/2021 Certificate of Mailing for ((Court Order Re: Notice of Related Case) of 09/14/2021)
Filed by Clerk

09/14/2021 Minute Order ((Court Order Re: Notice of Related Case))
Filed by Clerk

08/30/2021 Declaration (of Demurring or Moving Party in Support of Automatic Extension)
Filed by Thomas Wesley Pentz (Defendant)

08/26/2021 Notice (of Case Management Conference)
Filed by Marchel Gabrielle Auguste (Plaintiff)

08/17/2021 Reply (to Objection to Notice of Related Cases)
Filed by Thomas Wesley Pentz (Defendant)

08/16/2021 Objection (MARCHEL GABRIELLE AUGUSTES OBJECTION TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES)
Filed by Marchel Gabrielle Auguste (Plaintiff)

08/11/2021 Notice of Related Case
Filed by Thomas Wesley Pentz (Defendant)

08/03/2021 Proof of Service by Mail
Filed by Marchel Gabrielle Auguste (Plaintiff)

07/14/2021 Notice of Case Management Conference
Filed by Clerk

06/25/2021 Order on Court Fee Waiver (Superior Court)
Filed by Clerk

06/25/2021 Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

06/25/2021 Civil Case Cover Sheet
Filed by Marchel Gabrielle Auguste (Plaintiff)

06/25/2021 Summons (on Complaint)
Filed by Marchel Gabrielle Auguste (Plaintiff)

06/25/2021 Complaint
Filed by Marchel Gabrielle Auguste (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   02/15/2024   05/03/2023   08/10/2022   09/29/2021

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
07/10/2023   09/02/2022

10/15/2024 at 4:26 PM in Department 73, Rolf M. Treu, Presiding
Nunc Pro Tunc Order

09/17/2024 at 08:30 AM in Department 73, Rolf M. Treu, Presiding
Hearing - Other (Election of In Person or Remote Independent Medical Evaluation) - **Held - Continued**

05/17/2024 at 08:30 AM in Department 73, Rolf M. Treu, Presiding
Hearing on Motion to Compel (Independent Medical Evaluation (8773)) - **Held - Motion Granted**

04/29/2024 at 08:30 AM in Department 73
Jury Trial ((5 days)) - **Not Held - Advanced and Continued - by Court**

04/15/2024 at 08:30 AM in Department 73
Final Status Conference - **Not Held - Advanced and Continued - by Court**

04/11/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (to Continue Trial and All Related Deadlines) - **Held - Motion Granted**

02/29/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis) - **Held - Motion Denied**

02/16/2024 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities) - **Held - Motion Denied**

02/08/2024 at 08:30 AM in Department 73
Hearing on Motion to Consolidate

01/23/2024 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

01/09/2024 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

12/14/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

11/07/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion for Attorney Fees (and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID 1680)) - **Held - Motion Granted**

11/03/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion for Attorney Fees (and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID 1680)) - **Not Held - Continued - Court's Motion**

10/26/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion for Attorney Fees (and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID 1680)) - **Held - Continued**

10/24/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

09/14/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

08/31/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (to Advance Hearing on Motion for Fees) - **Held - Motion Denied**

08/22/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Ex Parte Application (to Advance Hearing Date) - **Held - Motion Denied**

08/18/2023 at 08:30 AM in Department 74, Colin Leis, Presiding
Hearing on Ex Parte Application (to Advance Hearing Date) - **Not Held - Advanced and Continued - by Court**

08/18/2023 at 08:30 AM in Department 73
Hearing on Ex Parte Application ( to Advance Hearing Date) - **Not Held - Advanced and Continued - by Court**

07/11/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to be Relieved as Counsel - **Held - Motion Granted**

07/11/2023 at 08:30 AM in Department 73
Hearing on Motion to be Relieved as Counsel - **Held - Motion Granted**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   07/10/2023   09/02/2022

07/10/2023 at 08:30 AM in Department 73
Jury Trial ((5 days)) - **Not Held - Advanced and Continued - by Court**

07/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

07/10/2023 at 08:30 AM in Department 73
Final Status Conference - **Not Held - Advanced and Continued - by Court**

07/06/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Court**

06/06/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

05/16/2023 at 4:30 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

05/03/2023 at 10:48 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/28/2023 at 4:14 PM in Department 73, Timothy Patrick Dillon, Presiding
Ruling on Submitted Matter

04/28/2023 at 12:28 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/27/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

04/26/2023 at 10:47 AM in Department 73, Timothy Patrick Dillon, Presiding
Nunc Pro Tunc Order

04/26/2023 at 10:17 AM in Department 73, Timothy Patrick Dillon, Presiding
Nunc Pro Tunc Order

04/26/2023 at 09:57 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

04/26/2023 at 1:35 PM in Department 73, Timothy Patrick Dillon, Presiding
Nunc Pro Tunc Order

03/15/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) ((Res ID 5844)) - **Held - Taken under Submission**

02/24/2023 at 4:41 PM in Department 73, Timothy Patrick Dillon, Presiding
Ruling on Submitted Matter

02/14/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Continued - Court's Motion**

02/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

02/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

01/18/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

01/10/2023 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) ((Res ID 5844)) - **Held - Taken under Submission**

01/10/2023 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

11/10/2022 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) ((Res ID 5844)) - **Not Held - Advanced and Continued - by Court**

11/01/2022 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Rescheduled by Party**

10/24/2022 at 08:30 AM in Department 73
Jury Trial ((5 days)) - **Not Held - Advanced and Continued - by Court**

10/10/2022 at 08:30 AM in Department 73
Final Status Conference - **Not Held - Advanced and Continued - by Court**

09/30/2022 at 08:30 AM in Department 73
Hearing on Motion to Consolidate - **Not Held - Taken Off Calendar by Party**

09/06/2022 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   07/10/2023   09/02/2022

09/02/2022 at 08:30 AM in Department 73
Hearing on Motion to Continue Trial - **Not Held - Taken Off Calendar by Party**

08/26/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

08/24/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

08/23/2022 at 09:07 AM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

08/19/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses - **Not Held - Rescheduled by Court**

07/28/2022 at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing - Other (on Motion to File Supplemental Complaint (Res ID1294)) - **Held - Motion Granted**

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses (to Special Interrogatories, and Request for Monetary Sanctions (Res ID7204)) - **Held - Motion Granted**

07/15/2022 at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses (to Request for Admissions and Request for Monetary Sanction (Res ID3871)) - **Held - Motion Denied**

**07/15/2022** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Compel Further Discovery Responses (to Form Interrogatories, and Request for Monetary Sanction (Res ID0051)) - **Held - Motion Granted**

**07/15/2022** at 08:30 AM in Department 73
Hearing on Motion to Compel Further Discovery Responses (to Request for Production of Documents and Actual Production of Documents and Request for Monetary Sanctions (Res ID6653)) - **Held - Motion Granted**

**04/26/2022** at 4:19 PM in Department 73, Timothy Patrick Dillon, Presiding
Ruling on Submitted Matter

**03/16/2022** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Hearing on Motion to Consolidate ((Res ID3155)) - **Held - Taken under Submission**

**01/14/2022** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Case Management Conference - **Held**

**10/25/2021** at 08:30 AM in Department 78
Case Management Conference - **Not Held - Advanced and Continued - by Court**

**10/22/2021** at 08:30 AM in Department 73, Timothy Patrick Dillon, Presiding
Case Management Conference - **Held - Continued**

**09/14/2021** at 4:30 PM in Department 73, Timothy Patrick Dillon, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   07/10/2023   09/02/2022

### REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**10/15/2024** Order to Show Cause Re: Sanctions Against Plaintiff's Counsel for Failure to Appear scheduled for 12/05/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**10/15/2024** Minute Order (Nunc Pro Tunc Order)

**10/15/2024** Certificate of Mailing for (Nunc Pro Tunc Order) of 10/15/2024; Filed by: Clerk

**10/15/2024** On the Court's own motion, Order to Show Cause Re: Sanctions Against Plaintiff's Counsel scheduled for 10/16/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Vacated on 10/15/2024

**10/07/2024** Declaration Casper Declaration (Auguste) In Response to OSC RE Sanctions; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**09/19/2024** Notice of Ruling; Filed by: Thomas Wesley Pentz (Defendant)

**09/17/2024** Order to Show Cause Re: Sanctions Against Plaintiff's Counsel scheduled for 10/16/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**09/17/2024** Hearing - Other Election of In Person or Remote Independent Medical Evaluation scheduled for 10/16/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**09/17/2024** Minute Order (Hearing - Other Election of In Person or Remote Independent M...)

**09/17/2024** Hearing - Other Election of In Person or Remote Independent Medical Evaluation scheduled for 09/17/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Held - Continued was rescheduled to 10/16/2025 08:30 AM

**05/17/2024** Updated -- Motion to Compel Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq (8773): Filed By: Thomas Wesley Pentz (Defendant); Result: Granted ; Result Date: 05/17/2024

**05/17/2024** Hearing - Other Election of In Person or Remote Independent Medical Evaluation scheduled for 09/17/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**05/17/2024** Minute Order (Hearing on Motion to Compel Independent Medical Evaluation (8...)

**05/17/2024** Hearing on Motion to Compel Independent Medical Evaluation (8773) scheduled for 05/17/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 05/17/2024; Result Type to Held - Motion Granted

**05/14/2024** Updated -- Notice Of Non-Opposition To Defendant?s Motion To Compel An Independent Medical Examination: Name Extension changed from OF NON-OPPOSITION TO DEFENDANT?S MOTION TO COMPEL AN INDEPENDENT MEDICAL EXAMINATION to Of Non-Opposition To Defendant?s Motion To Compel An Independent Medical Examination

**05/10/2024** Notice OF NON-OPPOSITION TO DEFENDANT?S MOTION TO COMPEL AN INDEPENDENT MEDICAL EXAMINATION; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**05/01/2024** Notice of Lien; Filed by: California Victim Compensation Board (Non-Party)

**04/18/2024** Notice of Ruling; Filed by: Thomas Wesley Pentz (Defendant)

**04/11/2024** Updated -- Ex Parte Application (Joint) to Continue Trial and All Related Deadlines: Name Extension changed from Joint Ex Parte Application to Continue Trial and All Related Deadlines to (Joint) to Continue Trial and All Related Deadlines

**04/11/2024** Updated -- Ex Parte Application (Joint) to Continue Trial and All Related Deadlines: Filed By: Marchel Gabrielle Auguste (Plaintiff); Result: Granted ; Result Date: 04/11/2024

**04/11/2024** Final Status Conference scheduled for 01/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/11/2024** Jury Trial (5 days) scheduled for 01/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**04/11/2024** Minute Order (Hearing on Ex Parte Application to Continue Trial and All Rel...)

**04/11/2024** Certificate of Mailing for (Hearing on Ex Parte Application to Continue Trial and All Rel...) of 04/11/2024; Filed by: Clerk

**04/11/2024** Hearing on Ex Parte Application to Continue Trial and All Related Deadlines scheduled for 04/11/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 04/11/2024; Result Type to Held - Motion Granted

**04/11/2024** Pursuant to the request of moving party, Final Status Conference scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/06/2025 08:30 AM

**04/11/2024** Pursuant to the request of moving party, Jury Trial (5 days) scheduled for 04/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/13/2025 08:30 AM

**04/10/2024** Ex Parte Application Joint Ex Parte Application to Continue Trial and All Related Deadlines; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**04/10/2024** Hearing on Ex Parte Application to Continue Trial and All Related Deadlines scheduled for 04/11/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**03/28/2024** Substitution of Attorney; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**03/21/2024** Motion in Limine No 1 - Preclude Auguste Testimony; Filed by: Thomas Wesley Pentz (Defendant)

**03/21/2024** Motion in Limine No 2 - Preclude Experts for Non Disclosure; Filed by: Thomas Wesley Pentz (Defendant)

**03/21/2024** Motion in Limine No 3 - to Exclude of Evidence of Damages Not Disclosed in Discovery; Filed by: Thomas Wesley Pentz (Defendant)

**03/21/2024** Motion in Limine No 4 - to Exclude Evidence in Support of COA Not Dislosed; Filed by: Thomas Wesley Pentz (Defendant)

**03/21/2024** Motion to Bifurcate; Filed by: Thomas Wesley Pentz (Defendant)

**03/21/2024** Motion in Limine No 5 - Exclude Evidence of Financial Condition Until Damage Phase at Trial; Filed by: Thomas Wesley Pentz (Defendant)

**03/20/2024** Notice of Lien; Filed by: California Victim Compensation Board (Non-Party)

**03/12/2024** Notice of Ruling; Filed by: Thomas Wesley Pentz (Defendant)

**03/06/2024** Updated -- Motion to Compel Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq (8773): Name Extension changed from Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq to Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq (8773)

**03/06/2024** Hearing on Motion to Compel Independent Medical Evaluation scheduled for 05/17/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**03/05/2024** Motion to Compel Independent Medical Examination of Plaintiff Marchel Gabrielle Auguste AKA Shelly Auguste; Declaration of Tamar Yeghiayan, Esq; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**02/29/2024** Updated -- Ex Parte Application for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis, or a Br: Filed By: Thomas Wesley Pentz

(Defendant); Result: Denied ; Result Date: 02/29/2024

**02/29/2024** Minute Order (Hearing on Ex Parte Application for an Order Advancing the He...)

**02/29/2024** Certificate of Mailing for (Hearing on Ex Parte Application for an Order Advancing the He...) of 02/29/2024; Filed by: Clerk

**02/29/2024** Hearing on Ex Parte Application for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis scheduled for 02/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 02/29/2024; Result Type to Held - Motion Denied

**02/28/2024** Ex Parte Application for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis, or a Br; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**02/28/2024** Hearing on Ex Parte Application for an Order Advancing the Hearing on a Motion to Compel an Independent Medical Examination, or in the Alternative, an Order Specially Setting the Hearing on the Ime on a Shortened Time Basis scheduled for 02/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**02/27/2024** Notice of Ruling Amended; Filed by: Thomas Wesley Pentz (Defendant)

**02/22/2024** Notice of Ruling; Filed by: Thomas Wesley Pentz (Defendant)

**02/16/2024** Updated -- Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan: Filed By: Thomas Wesley Pentz (Defendant); Result: Denied ; Result Date: 02/16/2024

**02/16/2024** Brief in Support of Defendant Thomas Wesley Pentz?s Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintif; a; Filed by: Thomas Wesley Pentz (Defendant)

**02/16/2024** Minute Order (Hearing on Ex Parte Application for an Order Advancing the He...)

**02/16/2024** Certificate of Mailing for (Hearing on Ex Parte Application for an Order Advancing the He...) of 02/16/2024; Filed by: Clerk

**02/16/2024** Hearing on Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities scheduled for 02/16/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 02/16/2024; Result Type to Held - Motion Denied

**02/15/2024** Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**02/15/2024** Hearing on Ex Parte Application for an Order Advancing the Hearing Date on a Motion to Compel an Independent Medical Examination of Plaintiff and Memorandum of Points and Authorities scheduled for 02/16/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**02/15/2024** Proof of Service (not Summons and Complaint); Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**12/21/2023** Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/23/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 02/08/2024 08:30 AM

**12/06/2023** Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/09/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/23/2024 08:30 AM

**11/13/2023** Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 12/14/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/09/2024 08:30 AM

**11/07/2023** Updated -- Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680): Filed By: Thomas Wesley Pentz (Defendant); Result: Granted in Part ; Result Date: 11/07/2023

**11/07/2023** Hearing on Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680) scheduled for 11/07/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**11/07/2023** Order Re: Ruling on Motion for Attorneys' Fees and Costs (Res ID: 1680); Filed by: Clerk

**11/07/2023** Certificate of Mailing for Order Re: Ruling on Motion for Attorneys' Fees and Costs (Res ID: 1680); Filed by: Clerk

**11/07/2023** Minute Order (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...)

**11/07/2023** Certificate of Mailing for (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...) of 11/07/2023; Filed by: Clerk

**11/07/2023** On the Court's own motion, Hearing on Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680) scheduled for 11/03/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 11/07/2023 08:30 AM

**11/07/2023** Hearing on Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680) scheduled for 11/07/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 11/07/2023; Result Type to Held - Motion Granted

**11/03/2023** Minute Order (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...)

**10/26/2023** Declaration OF BRIAN E. TURNAUER TO ADDRESS COURT INQUIRY AT 10/26/23 HEARING RE: THOMAS WESLEY PENTZ?S MOTION FOR ATTORNEYS? FEES PURSUANT TO CODE OF CIVIL PROCEDURE ¿ 425.16(c); Filed by: Thomas Wesley Pentz (Defendant)

**10/26/2023** Hearing on Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680) scheduled for 11/03/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**10/26/2023** Minute Order (Hearing on Motion for Attorney Fees and Costs Pursuant to Cod...)

**10/26/2023** On the Court's own motion, Hearing on Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure ¿ 425.16(c) (Res ID: 1680) scheduled for 10/26/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Held - Continued was rescheduled to 11/03/2023 08:30 AM

**10/19/2023** Notice of Non-Opposition Re Motion for Attorneys' Fees; Filed by: Thomas Wesley Pentz (Defendant)

**09/19/2023** Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 10/24/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 12/14/2023 08:30 AM

**08/31/2023** Updated -- Ex Parte Application to Advance Hearing on Motion for Fees; and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan: Filed By: Thomas Wesley Pentz (Defendant); Result: Denied ; Result Date: 08/31/2023

**08/31/2023** Minute Order (Hearing on Ex Parte Application to Advance Hearing on Motion ...)

**08/31/2023** Certificate of Mailing for (Hearing on Ex Parte Application to Advance Hearing on Motion ...) of 08/31/2023; Filed by: Clerk

**08/31/2023** Hearing on Ex Parte Application to Advance Hearing on Motion for Fees scheduled for 08/31/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 08/31/2023; Result Type to Held - Motion Denied

**08/30/2023** Hearing on Ex Parte Application to Advance Hearing on Motion for Fees scheduled for 08/31/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**08/29/2023** Updated -- Motion for Attorney Fees and Costs Pursuant to Code of Civil Procedure § 425.16(c) (Res ID: 1680): Name Extension: and Costs Pursuant to Code of Civil Procedure § 425.16(c) (Res ID: 1680) ; As To Parties:

**08/29/2023** Ex Parte Application to Advance Hearing on Motion for Fees; and Memorandum of Points and Authorities; Declaration of Tamar Yeghiayan; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**08/29/2023** Notice of Ruling RE: EX PARTE APPLICATION; Filed by: Thomas Wesley Pentz (Defendant)

**08/29/2023** Hearing on Motion for Attorney Fees scheduled for 10/26/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**08/28/2023** Motion for Attorney Fees; Filed by: Thomas Wesley Pentz (Defendant)

**08/22/2023** Updated -- Ex Parte Application to Advance Hearing on Motion for Fees: Name Extension changed from Ex Parte Application to Advance Hearing Date to to Advance Hearing on Motion for Fees ; As To Parties changed from Marchel Gabrielle Auguste (Plaintiff) to Marchel Gabrielle Auguste (Plaintiff)

**08/22/2023** Updated -- Ex Parte Application to Advance Hearing on Motion for Fees: Filed By: Thomas Wesley Pentz (Defendant); Result: Denied ; Result Date: 08/22/2023

**08/22/2023** Certificate of Mailing for (Hearing on Ex Parte Application to Advance Hearing on Motion ...) of 08/22/2023; Filed by: Clerk

**08/22/2023** Minute Order (Hearing on Ex Parte Application to Advance Hearing on Motion ...)

**08/22/2023** Hearing on Ex Parte Application to Advance Hearing Date scheduled for 08/22/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 08/22/2023; Result Type to Held - Motion Denied

**08/18/2023** Minute Order (Hearing on Ex Parte Application to Advance Hearing Date)

**08/18/2023** On the Court's own motion, Hearing on Ex Parte Application to Advance Hearing Date scheduled for 08/18/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 74 Not Held - Advanced and Continued - by Court was rescheduled to 08/22/2023 08:30 AM at Department 73

**08/17/2023** Hearing on Ex Parte Application to Advance Hearing Date scheduled for 08/18/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

08/17/2023 Reset - Court Unavailable, Hearing on Ex Parte Application to Advance Hearing Date scheduled for 08/18/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 08/18/2023 08:30 AM 05 at 8:3074

08/16/2023 Ex Parte Application Ex Parte Application to Advance Hearing Date; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

07/14/2023 Notice of Ruling OF ENTRY OF ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL; Filed by: Marchel Gabrielle Auguste (Plaintiff)

07/12/2023 Notice of Entry of Order Granting Attorney Motion to Withdraw and Proof of Service; Filed by: Marchel Gabrielle Auguste (Plaintiff)

07/11/2023 Updated -- Motion to Be Relieved as Counsel: Filed By: Allison Marie Schulman (Attorney); Result: Granted ; Result Date: 07/11/2023

07/11/2023 Updated -- Motion to Be Relieved as Counsel: Filed By: Christina Coleman (Attorney); Result: Granted ; Result Date: 07/11/2023

07/11/2023 Updated -- Order Granting Attorney's Motion to Be Relieved as Counsel-Civil: Status Date changed from 07/11/2023 to 07/11/2023 ; Result Date changed from 07/11/2023 to 07/11/2023 ; As To Parties changed from Marchel Gabrielle Auguste (Plaintiff) to Marchel Gabrielle Auguste (Plaintiff)

07/11/2023 Minute Order (Hearing on Motion to be Relieved as Counsel; Hearing on Mot...)

07/11/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Signed and Filed by: Allison Marie Schulman (Attorney); As to: Marchel Gabrielle Auguste (Plaintiff)

07/11/2023 Updated -- Order Granting Attorney's Motion to Be Relieved as Counsel-Civil: Filed By: Allison Marie Schulman (Attorney); Result: Granted ; Result Date: 07/11/2023

07/11/2023 Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Signed and Filed by: Christina Coleman (Attorney); As to: Christina Coleman (Attorney)

07/11/2023 Updated -- Order Granting Attorney's Motion to Be Relieved as Counsel-Civil: Filed By: Christina Coleman (Attorney); Result: Granted ; Result Date: 07/11/2023

07/11/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/11/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/11/2023; Result Type to Held - Motion Granted

07/11/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/11/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/11/2023; Result Type to Held - Motion Granted

07/06/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 08/31/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 10/24/2023 08:30 AM

06/16/2023 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Marchel Gabrielle Auguste (Plaintiff); Thomas Wesley Pentz (Defendant)

06/16/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Christina Coleman (Attorney)

06/16/2023 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Plaintiff)

06/16/2023 Motion to Be Relieved as Counsel; Filed by: Attorney; As to: Christina Coleman (Attorney)

06/16/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/11/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

06/15/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Allison Marie Schulman (Attorney)

06/15/2023 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Marchel Gabrielle Auguste (Plaintiff); Thomas Wesley Pentz (Defendant)

06/15/2023 Hearing on Motion to be Relieved as Counsel scheduled for 07/11/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

06/14/2023 Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Marchel Gabrielle Auguste (Plaintiff)

06/14/2023 Motion to Be Relieved as Counsel; Filed by: Attorney; As to: Marchel Gabrielle Auguste (Plaintiff)

06/05/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 08/31/2023 08:30 AM

05/17/2023 Jury Trial (5 days) scheduled for 04/29/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

05/17/2023 Final Status Conference scheduled for 04/15/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 73

05/17/2023 Pursuant to written stipulation, Final Status Conference scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 04/15/2024 08:30 AM

05/17/2023 Pursuant to written stipulation, Jury Trial (5 days) scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 04/29/2024 08:30 AM

05/16/2023 Stipulation and Order JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL; Signed and Filed by: Marchel Gabrielle Auguste (Plaintiff); Thomas Wesley Pentz (Defendant)

05/16/2023 Updated -- Stipulation and Order JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL: Filed By: Thomas Wesley Pentz (Defendant),Marchel Gabrielle Auguste (Plaintiff); Result: Granted ; Result Date: 05/16/2023

05/16/2023 Certificate of Mailing for (Court Order Re: Notice of Entry of Order on Joint Stipulatio...) of 05/16/2023; Filed by: Clerk

05/16/2023 Minute Order (Court Order Re: Notice of Entry of Order on Joint Stipulatio...)

05/08/2023 Notice of Entry of Judgment or Order; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

05/08/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 07/06/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 07/10/2023 08:30 AM

05/04/2023 Notice of Ruling; Filed by: Thomas Wesley Pentz (Defendant)

05/03/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 06/06/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 07/06/2023 08:30 AM

05/03/2023 Minute Order (Court Order Re: Objections in Connection with Pentz's anti-S...)

05/03/2023 Certificate of Mailing for (Court Order Re: Objections in Connection with Pentz's anti-S...) of 05/03/2023; Filed by: Clerk

04/28/2023 Updated -- Order Re: DEFENDANT THOMAS WESLEY PENTZ'S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. §425.16;: As To Parties:

04/28/2023 Certificate of Mailing for Order Re: DEFENDANT THOMAS WESLEY PENTZ'S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. §425.16;; Filed by: Clerk

04/28/2023 Order Re: DEFENDANT THOMAS WESLEY PENTZ'S SPECIAL MOTION TO STRIKE PURSUANT TO C.C.P. §425.16;; Filed by: Clerk

04/28/2023 Case numbers 21STCV16321, 21STCV23647, 22STCP03439 are related; case number 21STCV16321 is the lead case.

04/28/2023 Minute Order (Court Order Re: Notice of Related Case)

04/28/2023 Certificate of Mailing for (Court Order Re: Notice of Related Case) of 04/28/2023; Filed by: Clerk

04/28/2023 Certificate of Mailing for (Ruling on Submitted Matter) of 04/28/2023; Filed by: Clerk

04/28/2023 Minute Order (Ruling on Submitted Matter)

04/26/2023 21STCV23647 unrelated from 21STCP03439, 21STCV16321

04/26/2023 21STCV23647 unrelated from 21STCP03439, 21STCV16321

04/26/2023 21STCV23647 unrelated from 21STCP03439, 21STCV16321

04/26/2023 Updated -- Minute Order (Court Order Re: Notice of Related Case): Result: Stricken ; Result Date: 04/26/2023

04/26/2023 Minute Order (Court Order Re: Notice of Related Case)

04/26/2023 Certificate of Mailing for (Court Order Re: Notice of Related Case) of 04/26/2023; Filed by: Clerk

04/26/2023 Case numbers 21STCP03439, 21STCV23647 are related; case number 21STCV23647 is the lead case.

04/26/2023 Updated -- Certificate of Mailing for Minute Order (Court Order Re: Notice of Related Case): Result: Stricken ; Result Date: 04/26/2023 ; Name Extension changed from (Court Order Re: Notice of Related Case) of 04/26/2023 to Minute Order (Court Order Re: Notice of Related Case)

04/26/2023 Case numbers 21STCV16321, 21STCV23647, 21STCP03439 are related; case number 21STCV16321 is the lead case.

04/26/2023 Updated -- Minute Order (Nunc Pro Tunc Order): Result: Stricken ; Result Date: 04/26/2023

04/26/2023 Minute Order (Nunc Pro Tunc Order)

04/26/2023 Certificate of Mailing for (Nunc Pro Tunc Order) of 04/26/2023; Filed by: Clerk

04/26/2023 Updated -- Certificate of Mailing for Minute Order (Nunc Pro Tunc Order): Result: Stricken ; Result Date: 04/26/2023 ; Name Extension changed from (Nunc Pro Tunc Order) of 04/26/2023 to Minute Order (Nunc Pro Tunc Order)

04/26/2023 Minute Order (Nunc Pro Tunc Order)

04/26/2023 Certificate of Mailing for (Nunc Pro Tunc Order) of 04/26/2023; Filed by: Clerk

04/26/2023 Updated -- Minute Order (Nunc Pro Tunc Order): Result: Stricken ; Result Date: 04/26/2023

04/26/2023 Updated -- Certificate of Mailing for Minute Order (Nunc Pro Tunc Order): Result: Stricken ; Result Date: 04/26/2023 ; Name Extension changed from (Nunc Pro Tunc Order) of 04/26/2023 to Minute Order (Nunc Pro Tunc Order)

04/26/2023 Case 21STCV23647: MARCHEL GABRIELLE AUGUSTE vs THOMAS WESLEY PENTZ is unconsolidated.

04/26/2023 21STCV23647 unrelated from 21STCP03439

04/26/2023 21STCV23647 unrelated from 21STCV16321

04/26/2023 Minute Order (Nunc Pro Tunc Order)

04/25/2023 Updated -- Notice of Related Case: Filed By: Thomas Wesley Pentz (Defendant); Result: Granted ; Result Date: 04/25/2023

04/04/2023 Notice of Related Case; Filed by: Thomas Wesley Pentz (Defendant)

03/27/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 04/27/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 06/06/2023 08:30 AM

03/15/2023 Notice of Lien Amended Notice Of Lien; Filed by: California Victim Compensation Board (Non-Party)

03/15/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Jennifer Aguilar, CSR#12993; Filed by: Thomas Wesley Pentz (Defendant)

03/15/2023 Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...)

03/15/2023 Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844) scheduled for 03/15/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 03/15/2023; Result Type to Held - Taken under Submission

03/14/2023 Notice of Lodging Unredacted Copies of the January 10, 2023 Transcript; Filed by: Thomas Wesley Pentz (Defendant)

02/24/2023 Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844) scheduled for 03/15/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

02/24/2023 Minute Order (Ruling on Submitted Matter Re: Special Motion to Strike Unde...)

02/24/2023 Certificate of Mailing for (Ruling on Submitted Matter Re: Special Motion to Strike Unde...) of 02/24/2023; Filed by: Clerk

01/11/2023 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 02/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 04/27/2023 08:30 AM

01/10/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Michelle G. Cooper, CSR#13572; Filed by:

01/10/2023 Updated -- Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Michelle G. Cooper, CSR#13572: As To Parties:

01/10/2023 Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...)

01/10/2023 Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844) scheduled for 01/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 01/10/2023; Result Type to Held - Taken under Submission

01/04/2023 On the Court's own motion, Hearing on Motion to Consolidate scheduled for 02/14/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Continued - Court's Motion was rescheduled to 02/10/2023 08:30 AM

12/20/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/18/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 02/10/2023 08:30 AM

12/20/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 02/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 02/14/2023 08:30 AM

12/13/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 01/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/18/2023 08:30 AM

11/10/2022 Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844) scheduled for 01/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

11/10/2022 Updated -- Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...): Status Date changed from 11/10/2022 to 11/10/2022 ; Name Extension changed from (Hearing on Special Motion to Strike under CCP Section 425.16 ...) to (Hearing on Special Motion to Strike under CCP Section 425.16 ...) ; As To Parties:

11/10/2022 Minute Order (Hearing on Special Motion to Strike under CCP Section 425.16 ...)

11/10/2022 On the Court's own motion, Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844) scheduled for 11/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 01/10/2023 08:30 AM

11/03/2022 Response Response to Plaintiff's Objections to Request for Judicial Notice; Filed by: Thomas Wesley Pentz (Defendant)

11/03/2022 Reply Reply to Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

11/03/2022 Objection Evidentiary Objections in support of Reply to Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

11/03/2022 Declaration Declaration of Brian Turnauer in support of Reply; Filed by: Thomas Wesley Pentz (Defendant)

11/03/2022 Response Response to Evidentiary Objections in support of Defendant's Reply to Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

10/28/2022 Objection to Defendant's Request for Judicial Notice in Support of Special Motion to Strike; Filed by: Marchel Gabrielle Auguste (Plaintiff)

10/28/2022 Objection to Defendant's Evidence in Support of Special Motion to Strike; Filed by: Marchel Gabrielle Auguste (Plaintiff)

10/28/2022 Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Plaintiff)

10/28/2022 Opposition to Special Motion to Strike Pursuant to C.C.P. 425.16; Filed by: Marchel Gabrielle Auguste (Plaintiff)

10/26/2022 Notice of Lien; Filed by: California Victim Compensation Board (Non-Party)

10/04/2022 Updated -- Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) (Res ID: 5844): Name Extension: (Res ID: 5844); As To Parties: removed

10/03/2022 Notice of Errata; Filed by: Thomas Wesley Pentz (Defendant)

10/03/2022 Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 11/01/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Party was rescheduled to 01/10/2023 08:30 AM

10/03/2022 Hearing on Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion) scheduled for 11/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

09/30/2022 Special Motion to Strike under CCP Section 425.16 (Anti-SLAPP motion); Filed by: Thomas Wesley Pentz (Defendant)

09/30/2022 Declaration of Brian Turnauer in support of Special Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

09/30/2022 Declaration of Thomas Wesley Pentz in support of Special Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

09/30/2022 Proof of Service (not Summons and Complaint); Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

09/30/2022 Request for Judicial Notice; Filed by: Thomas Wesley Pentz (Defendant)

09/30/2022 Declaration of Jevon King in support Of Special Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

09/30/2022 Declaration of Andrew Mcinnes in support of Special Motion to Strike; Filed by: Thomas Wesley Pentz (Defendant)

09/08/2022 Final Status Conference scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

09/08/2022 Jury Trial (5 days) scheduled for 07/10/2023 at 08:30 AM in Stanley Mosk Courthouse at Department 73

09/08/2022 On the Court's own motion, Final Status Conference scheduled for 10/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 07/10/2023 08:30 AM

09/08/2022 On the Court's own motion, Jury Trial (5 days) scheduled for 10/24/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Advanced and Continued - by Court was rescheduled to 07/10/2023 08:30 AM

09/06/2022 Minute Order (Court Order Re: Continuance of Trial Date)

08/29/2022 Notice Amended Notice of Entry of Judgment or Order; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

08/26/2022 Notice of Entry of Judgment or Order; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

08/25/2022 Answer; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

08/24/2022 Notice of Lien; Filed by: California Victim Compensation Board (Non-Party)

08/24/2022 Updated -- Christina Coleman (Attorney): Organization Name changed from LAW OFFICES OF CHRISTINA M. COLEMAN, APC to Law Offices of Christina M. Coleman, APC

**08/24/2022** Address for Christina Coleman (Attorney) updated

**08/24/2022** Updated -- Notice of Change of Address or Other Contact Information; Filed By: Christina Coleman (Attorney); Result: Reviewed; Result Date: 08/24/2022; As To Parties: removed

**08/23/2022** Certificate of Mailing for (Court Order Re: Notice of Entry of Order Denying the Joint S...) of 08/23/2022; Filed by: Clerk

**08/23/2022** Minute Order (Court Order Re: Notice of Entry of Order Denying the Joint S...)

**08/23/2022** Updated -- Stipulation and Order Stipulation and Proposed Order to Continue Trial: Filed By: Marchel Gabrielle Auguste (Plaintiff); Result: Denied; Result Date: 08/23/2022

**08/23/2022** Stipulation and Order Stipulation and Proposed Order to Continue Trial; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**08/11/2022** Pursuant to the request of moving party, Hearing on Motion to Consolidate scheduled for 09/30/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 08/11/2022

**08/10/2022** Amended Complaint (1st); Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Marchel Gabrielle Auguste (Plaintiff); Thomas Wesley Pentz (Defendant)

**08/10/2022** Pursuant to the request of moving party, Hearing on Motion to Continue Trial scheduled for 09/02/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Taken Off Calendar by Party on 08/10/2022

**07/28/2022** Updated -- Motion for Leave to Amend to File Supplemental Complaint (Res ID: 1294): Filed By: Marchel Gabrielle Auguste (Plaintiff); Result: Granted; Result Date: 07/28/2022

**07/28/2022** Minute Order (Hearing - Other on Motion to File Supplemental Complaint (Res...)

**07/28/2022** Hearing - Other on Motion to File Supplemental Complaint (Res ID: 1294) scheduled for 07/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/28/2022; Result Type to Held - Motion Granted

**07/22/2022** Updated -- Motion for Leave to Amend Motion for Leave to File Supplemental Complaint (Res ID: 1294): Name Extension changed from Motion for Leave to File Supplemental Complaint to Motion for Leave to File Supplemental Complaint (Res ID: 1294); As To Parties: removed

**07/22/2022** Updated -- Motion for Leave to Amend to File Supplemental Complaint (Res ID: 1294): Name Extension changed from Motion for Leave to File Supplemental Complaint (Res ID: 1294) to to File Supplemental Complaint (Res ID: 1294); As To Parties: removed

**07/22/2022** Updated -- Event scheduled for 07/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Type changed from Hearing on Motion for Leave to Amend (name extension) to Hearing - Other (name extension)

**07/21/2022** Reply Plaintiff's Reply to Defendant's Opposition to plaintiff's Motion to File Supplemental Complaint; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**07/15/2022** Opposition to Motion for Leave to Supplement Complaint; Filed by: Thomas Wesley Pentz (Defendant)

**07/15/2022** Minute Order (Hearing on Motion to Compel Further Discovery Responses to Fo...)

**07/15/2022** Certificate of Mailing for (Hearing on Motion to Compel Further Discovery Responses to Fo...) of 07/15/2022; Filed by: Clerk

**07/15/2022** Hearing on Motion to Compel Further Discovery Responses to Form Interrogatories, and Request for Monetary Sanction (Res ID: 0051) scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/15/2022; Result Type to Held - Motion Granted

**07/15/2022** Hearing on Motion to Compel Further Discovery Responses to Request for Admissions and Request for Monetary Sanction (Res ID: 3871) scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/15/2022; Result Type to Held - Motion Denied

**07/15/2022** Hearing on Motion to Compel Further Discovery Responses to Special Interrogatories, and Request for Monetary Sanctions (Res ID: 7204) scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/15/2022; Result Type to Held - Motion Granted

**07/15/2022** Hearing on Motion to Compel Further Discovery Responses to Request for Production of Documents and Actual Production of Documents and Request for Monetary Sanctions (Res ID: 6653) scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 07/15/2022; Result Type to Held - Motion Granted

**07/08/2022** Reply to Opposition to Plaintiff's four (4) motions to compel; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**07/08/2022** Reply to Opposition to Plaintiff's four (4) motions to compel; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**07/05/2022** Motion for Leave to Amend Motion for Leave to File Supplemental Complaint; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**07/05/2022** Hearing on Motion for Leave to Amend Motion for Leave to Amend Complaint scheduled for 07/28/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**07/01/2022** Updated -- Motion to Compel Further Discovery Responses to Request for Production of Documents and Actual Production of Documents and Request for Monetary Sanctions (Res ID: 6653): Name Extension: to Request for Production of Documents and Actual Production of Documents and Request for Monetary Sanctions (Res ID: 6653); As To Parties changed from Thomas Wesley Pentz (Defendant) to Thomas Wesley Pentz (Defendant)

**07/01/2022** Updated -- Motion to Compel Further Discovery Responses to Special Interrogatories, and Request for Monetary Sanctions (Res ID: 7204): Name Extension: to Special Interrogatories, and Request for Monetary Sanctions (Res ID: 7204); As To Parties changed from Thomas Wesley Pentz (Defendant) to Thomas Wesley Pentz (Defendant)

**07/01/2022** Updated -- Motion to Compel Further Discovery Responses to Request for Admissions and Request for Monetary Sanction (Res ID: 3871): Name Extension: to Request for Admissions and Request for Monetary Sanction (Res ID: 3871); As To Parties changed from Thomas Wesley Pentz (Defendant) to Thomas Wesley Pentz (Defendant)

**07/01/2022** Updated -- Motion to Compel Further Discovery Responses to Form Interrogatories, and Request for Monetary Sanction (Res ID: 0051): Name Extension: to Form Interrogatories, and Request for Monetary Sanction (Res ID: 0051); As To Parties changed from Thomas Wesley Pentz (Defendant) to Thomas Wesley Pentz (Defendant)

**07/01/2022** Opposition TO MARCHEL GABRIELLE AUGUSTE'S MOTION TO COMPEL - REDACTED; Filed by: Thomas Wesley Pentz (Defendant)

**07/01/2022** Declaration of Brian E. Turnauer in support of Opposition to Motion to Compel - REDACTED; Filed by: Thomas Wesley Pentz (Defendant)

**05/26/2022** Motion to Compel Further Discovery Responses; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**05/26/2022** Separate Statement; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Declaration EVIDENCE PACKAGE IN SUPPORT OF PLAINTIFFS FOUR (4) MOTIONS TO COMPEL FURTHER RESPONSES BY DEFENDANT [MOTIONS 1-4]; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Proof of Service (not Summons and Complaint); Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**05/26/2022** Memorandum of Points & Authorities; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**05/26/2022** Separate Statement; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**05/26/2022** Separate Statement; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Separate Statement [MOTION 4 of 4]; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Motion to Compel Further Discovery Responses; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**05/26/2022** Separate Statement; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**05/26/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**05/26/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**05/26/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**05/26/2022** Hearing on Motion to Compel Further Discovery Responses scheduled for 07/15/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**05/17/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 08/19/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 07/15/2022 08:30 AM

**05/17/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 08/24/2022 at

08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 07/15/2022 08:30 AM

**05/17/2022** Pursuant to the request of moving party, Hearing on Motion to Compel Further Discovery Responses scheduled for 08/26/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Not Held - Rescheduled by Court was rescheduled to 07/12/2022 08:30 AM

**04/26/2022** Updated -- Motion to Consolidate (Res ID: 3155): Filed By: Marchel Gabrielle Auguste (Plaintiff); Result: Granted in Part; Result Date: 04/26/2022; As To Parties: removed

**04/26/2022** Minute Order (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...)

**04/26/2022** Certificate of Mailing for (Ruling on Submitted Matter Re: Motion to Consolidate (Res ID...) of 04/26/2022; Filed by: Clerk

**03/16/2022** Minute Order (Hearing on Motion to Consolidate (Res ID: 3155))

**03/16/2022** Hearing on Motion to Consolidate (Res ID: 3155) scheduled for 03/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 03/16/2022; Result Type to Held - Taken under Submission

**03/14/2022** Address for Christina Coleman (Attorney) updated

**03/14/2022** Address for Christina Coleman (Attorney) updated

**03/11/2022** Notice of Change of Address or Other Contact Information; Filed by: Christina Coleman (Attorney)

**03/10/2022** Opposition to Motion to Consolidate; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**03/09/2022** Updated -- Motion to Consolidate (Res ID: 3155): Name Extension: (Res ID: 3155); As To Parties: removed

**03/09/2022** Reply to Motion to Consolidate; Filed by: Thomas Wesley Pentz (Defendant)

**02/23/2022** Notice of Lien; Filed by: California Victim Compensation Board (Non-Party)

**02/18/2022** Hearing on Motion to Consolidate scheduled for 03/16/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**02/17/2022** Motion to Consolidate; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**01/14/2022** Final Status Conference scheduled for 10/10/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**01/14/2022** Jury Trial (5 days) scheduled for 10/24/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**01/14/2022** Case Management Order; Filed by: Clerk

**01/14/2022** Minute Order (Case Management Conference)

**01/14/2022** Case Management Conference scheduled for 01/14/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73 updated: Result Date to 01/14/2022; Result Type to Held

**10/22/2021** Updated -- Minute Order (Case Management Conference): Status Date changed from 10/22/2021 to 10/22/2021; Name Extension changed from (Case Management Conference) to (Case Management Conference); As To Parties: removed

**10/22/2021** Case Management Conference scheduled for 01/14/2022 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**10/22/2021** Minute Order (Case Management Conference)

**10/22/2021** Case Management Conference scheduled for 10/22/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 73 Held - Continued was rescheduled to 01/14/2022 08:30 AM

**10/21/2021** Notice of Posting of Jury Fees; Filed by: Thomas Wesley Pentz (Defendant)

**10/21/2021** Notice of Posting of Jury Fees; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**10/12/2021** Case Management Statement; Filed by: Thomas Wesley Pentz (Defendant)

**10/07/2021** Case Management Statement; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**09/29/2021** Answer; Filed by: Thomas Wesley Pentz (Defendant); As to: Marchel Gabrielle Auguste (Plaintiff)

**09/15/2021** Case Management Conference scheduled for 10/22/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 73

**09/15/2021** On the Court's own motion, Case Management Conference scheduled for 10/25/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 78 Not Held - Advanced and Continued - by Court was rescheduled to 10/22/2021 08:30 AM at Department 73

**09/14/2021** Updated -- Minute Order (Court Order Re: Notice of Related Case): Status Date changed from 09/14/2021 to 09/14/2021; Name Extension changed from (Court Order Re: Notice of Related Case) to (Court Order Re: Notice of Related Case); As To Parties: removed

**09/14/2021** Case reassigned to Stanley Mosk Courthouse in Department 73 - Hon. Timothy Patrick Dillon

**09/14/2021** Case numbers 21STCV23647, 21STCV16321 are related; case number 21STCV16321 is the lead case.

**09/14/2021** Minute Order (Court Order Re: Notice of Related Case)

**09/14/2021** Certificate of Mailing for (Court Order Re: Notice of Related Case) of 09/14/2021; Filed by: Clerk

**08/30/2021** Declaration of Demurring or Moving Party in Support of Automatic Extension; Filed by: Thomas Wesley Pentz (Defendant)

**08/26/2021** Notice of Case Management Conference; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**08/17/2021** Reply to Objection to Notice of Related Cases; Filed by: Thomas Wesley Pentz (Defendant)

**08/16/2021** Objection MARCHEL GABRIELLE AUGUSTES OBJECTION TO THOMAS WESLEY PENTZS NOTICE OF RELATED CASES; Filed by: Marchel Gabrielle Auguste (Plaintiff)

**08/11/2021** Notice of Related Case; Filed by: Thomas Wesley Pentz (Defendant)

**08/03/2021** Proof of Service by Mail; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**07/14/2021** Case Management Conference scheduled for 10/25/2021 at 08:30 AM in Stanley Mosk Courthouse at Department 78

**07/14/2021** Notice of Case Management Conference; Filed by: Clerk

**07/12/2021** Address for Christina Coleman (Attorney) updated

**06/25/2021** Complaint; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**06/25/2021** Summons on Complaint; Issued and Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**06/25/2021** Civil Case Cover Sheet; Filed by: Marchel Gabrielle Auguste (Plaintiff); As to: Thomas Wesley Pentz (Defendant)

**06/25/2021** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**06/25/2021** Order on Court Fee Waiver (Superior Court); Signed and Filed by: Clerk; As to: Marchel Gabrielle Auguste (Plaintiff)

**06/25/2021** Case assigned to Hon. Robert S. Draper in Department 78 Stanley Mosk Courthouse

[ NEW SEARCH ]