# EXHIBIT 1

 diplo

I WILL KEEP THIS STORY EASY TO READ BECAUSE I KNOW THE INTERNET HAS A SHORT ATTENTION SPAN, AND IT WAS MY GOAL TO NEVER ADDRESS A STALKER. I WILL REFER TO HER AS "SA" (AND YOU CAN FIND ANYTHING EASILY ONLINE) SHE WAS AN OBSESSED FAN OF MINE, AND AFTER I RELINQUISHED ALL CONTACT WITH HER, IT APPEARS THAT HER ONLY PURPOSE IN LIFE HAS BEEN TO DISRUPT MY WORK, MY BUSINESS, HARASS ME AND MY CLOSE FRIENDS AND ATTACK ME AND THREATEN MY FAMILY. TO BE CLEAR, SA WAS NOT A MINOR WHEN I HAD CONVERSATIONS OR SEXUAL INTERCOURSE WITH HER. HER OWN TEXT MESSAGES ADMIT THIS. MORE ON THIS BELOW.

I HAD A NIGHT OF CONSENSUAL SEX WITH HER. BASICALLY, SA REACHED OUT TO ME AND I DECLINED A FEW TIMES BUT AT ONE TIME DECIDED TO MEET HER. AFTER THAT EXPERIENCE, WE HAD EXCHANGED TEXTS FOR A FEW MONTHS, THERE WAS SMALL TALK, SEXUAL FLIRTING, SHE WOULD SEND ME PICS AND VIDEOS.. EVENTUALLY IT GOT TOO MUCH TO HANDLE AND, I STOPPED CONTACT WITH HER WHEN I REALIZED SHE HAD STARTED TO BECOME OBSESSED WITH ME, IT BEGAN A NIGHTMARE OF ALMOST THREE YEARS OF HER HARASSING AND THREATENING ME MY FAMILY AND MY FRIENDS.

SA WOULD OFFER HER FRIENDS AND OTHER PEOPLE TO HAVE SEXUAL EXPERIENCES WITH, AND THAT'S WHEN I BEGAN TO GET SUSPICIOUS THAT SHE WAS ENGAGING IN CRIMINAL ACTIVITY, AND WAS POSSIBLY A CALL GIRL.

HERE ARE SOME OF THE TEXTS OVER THE COURSE OF MONTHS .. (I HAVE REMOVED EXPLICIT PHOTOS.FROM THESE TEXTS)

119K

**diplo** Here's a story about now a stalker scammed her way into my life and tried to extort me for millions and then sued

diplo
"stalker" don't you think I'd show up to your house every time you invited me?
Sep 30, 2020, 4:13 PM
Actually since 2016* also... you've been arrested before multiple times I NEVER have so idk why u went around telling ppl that.
We have a lot of mutual friends and I just don't want there to be any issues or confrontation if you ever end up in the same vicinity I just wanna be on good terms that's all Wes.
119K
diplo Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸
October 6, 2021

diplo ...

AFTER I BLOCKED A FEW ACCOUNTS, I THOUGHT SHE WAS OUT OF MY LIFE, BUT SHE FOUND A WAY TO REACH ME ON SNAPCHAT. IN FACT, I DIDN'T REMEMBER WHO SHE WAS BECAUSE, I'LL BE HONEST, I MEET A LOT OF GIRLS IN MY WORK, WHICH I'VE NEVER DENIED. BUT WE BEGAN TO SPEAK AGAIN, AND SHE HAD FLOWN TO LAS VEGAS TO GO TO ONE OF MY SHOWS AND SAID SHE HAD A GROUP OF FRIENDS THAT WANTED TO HOOK UP. I SAID .. "OH MAYBE THAT'S COOL" AND I ADDED THEM TO THE GUEST LIST.

HER AND HER FRIENDS ENDED UP AT AN AFTER PARTY AND ASKED ME TO GO TO MY ROOM. WE ALL ENDED UP HAVING SEX THAT NIGHT AND AS ONE OF THE GIRLS LEFT, SHE SAID (ABOUT SA) "YOU NEED TO STOP TALKING TO THIS GIRL SHE'S CRAZY AND HAS IT OUT FOR YOU."

THIS WAS ONLY THE SECOND EXPERIENCE I EVER HAD WITH SA (WHEN PUBLICATIONS CALL HER AN EX, OR "A FLING," IT MADE ME SICK TO MY STOMACH BECAUSE THIS GIRL WAS NOTHING BUT A SCAMMER THAT COERCED ME INTO MEETING HER TWICE).

DURING THIS TIME, SA BEGAN TO POST ON WEBSITES ABOUT OUR EXPERIENCE. ONE WAS CALLED LIPSTICK ALLEY, AND SHE STARTED TO FOLLOW MY FAMILY MEMBERS, THE MOTHERS OF MY CHILDREN AND GIRLS I WOULD COMMENT ON, ON INSTAGRAM. I DIDN'T KNOW THIS UNTIL A YEAR LATER WHEN A PRIVATE INVESTIGATOR FOUND THEY WERE ALL COMING FROM SA'S LOCATION UNDER MANY NAMES. WE COUNTED OVER 50, AT ONE POINT. SHE WOULD DM THESE GIRLS FROM ACCOUNTS LIKE @GAMEON, @SHELXO, @BADGIRL888, AND MANY MORE THAT HAD REFERENCES IN OUR TEXT CONVERSATIONS. SHE WAS TELLING ALL OF THEM ABOUT OUR EXPERIENCE AND SENDING THEM SCREENSHOTS OF MY TEXT MESSAGES AND UNSOLICITED NUDE PICTURES AND VIDEOS OF ME AND TELLING THEM SHE WAS UNDERAGE. THIS WAS AN ONGOING BUZZWORD FOR HER BECAUSE SHE KNEW IT WOULD GET PEOPLE'S ATTENTION.

MOST OF THESE INSTANCES FOUND THEIR [...]K TO ME EACH TIME AND AFTER A FEW Y[...] DETECTIVE HELPED US PUT THIS ALL TOGE[...]T THAT'S LATER IN THE STORY.

3/10

THE LAS VEGAS EXPERIENCE – AND THE GIRL'S WARNING ABOUT SA – CAME BACK TWO YEARS LATER WHEN, IT APPEARS THAT SA ENCOURAGED HER FRIEND TO FILE A LAWSUIT IN NEVADA THAT FABRICATED THE ENTIRE EXPERIENCE.

IT ONLY TOOK TWO DAYS FOR ME TO FIND VIDEOS FROM THAT NIGHT THAT SA AND HER FRIEND ACTUALLY SHOT ON MY PHONE OF THE HOTEL ROOM EXPERIENCE. HER FRIEND'S LAWYERS AND HER FRIEND DROPPED THE CASE IMMEDIATELY.

HOLLYWOOD
UNLOCKED

The plaintiff, who filed under the initials E.K., said in a statement to Billboard on Thursday night (July 15), "In light of the evidence and after consultation with my attorneys, I have decided to withdraw my lawsuit. No payment was offered or requested. I regret filing the lawsuit."

While speaking with TMZ, Diplo's attorney, Bryan Freedman also said that they are glad the lawsuit was dropped adding that Diplo, who has previously maintained his innocence "will not be pursuing charges of malicious prosecution against them at this time," in light of her public statement.

119K

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021

 diplo

HER FRIEND HAD TO ISSUE AN APOLOGY TO ME WITHIN 4/10 DAYS, AND IT WAS ASKED THAT THE VIDEO CAN NEVER GO PUBLIC, BUT IF ANY MEDIA OUTLET NEEDS TO SEE THIS MY LAWYERS CAN FLY THERE AND SHOW IT TO YOU IN PERSON, IT EXPLAINS EVERYTHING.

THIS WAS MY LAST IN PERSON EXPERIENCE WITH SA BUT SHE STILL WOULDN'T LEAVE ME ALONE.

SHE STARTED TO CALL AND TEXT ME DAY AND NIGHT ON DIFFERENT NUMBERS AND WHATSAPP. SHE BEGAN TO COME TO MY HOUSE WHEN I WASN'T THERE. ONE TIME I JUST HID IN MY NEIGHBOR'S HOUSE AND IGNORED HER. I DON'T THINK SHE COULD PHYSICALLY HARM ME BUT I WAS AFRAID SHE WAS GOING TO HARM HERSELF.
WE ALWAYS TOOK THE HIGH ROAD WHEN DEALING WITH HER. WE TRIED TO DEAL WITH HER IN COURT AND HELP HER FIND HELP. OUR DETECTIVE HAD FOUND OUT SHE HAD A PREVIOUS RESTRAINING ORDERED AGAINST HER IN FLORIDA (MORE ON THIS LATER) AFTER WE ROUNDED UP MANY OF HER FAKE ACCOUNTS.

SHE DENIED HAVING ANY FAKE ACCOUNTS AND SAID HER FRIENDS WERE OUT TO GET HER AND PRETENDING TO BE HER...?? NOTHING WAS MAKING SENSE AND I REALLY WAS GETTING WORRIED SHE COULD BE THIS DELUSIONAL.

119K

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021

diplo

...

WHEN I WAS EXPECTING MY THIRD SON, IT REALLY THREW HER OVER THE EDGE, SHE BECAME OBSESSED WITH [5/10] SON'S MOTHER JUST AS MUCH AS SHE WAS WITH ME, CALLING AND BERATING HER AND SENDING EXTREMELY RACIST COMMENTS TO HER AND SHARING MY TEXT MESSAGES FROM YEARS AGO. THE MOTHER OF MY FIRST TWO CHILDREN HAD ALREADY DEACTIVATED HER INSTAGRAM ACCOUNT BECAUSE SHE COULDN'T TAKE ALL THE HATE MAIL COMING FROM WHAT WE BELIEVE TO BE SA'S FAKE ACCOUNTS (AND AGAIN THIS IS HER BLAMING PEOPLE FOR MAKING THESE FAKE ACCOUNTS TO ATTACK MY FAMILY MEMBERS).

119K

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021

diplo

WHEN SA REALIZED WE FINALLY WERE NOT LETTING HER REACH US ANY MORE, AND WE KNEW IT WAS LIKELY ALWAYS HER IN ANY ACCOUNT, SHE WENT QUIET.

never my friend! She found information & used it against me but idk who it is. & she added lies to it!!!

I went too far with the whole going back & forth w your baby mama but she dmd ME. I'm not a bad fucking person & I gave you a lot of my purity & adolescence basically. Legit from 2017 til this year... & u drop me over fake shit.

& if I was such a "stalker" don't you think I'd show up to your house every time you invited me?

iMessage

I ALSO LEARNED AT THIS TIME THAT A JUDGE IN FLORIDA ALREADY ISSUED A PERMANENT RESTRAINING ORDER TO PROTECT A FAMILY IN FLORIDA AND THE COURT HAD SAID SHE EXHIBITED DANGEROUS BEHAVIOR, SO THIS WASN'T HER FIRST ATTEMPT TO HARASS OR STALK, I'M JUST A MUCH BIGGER TARGET.

SPECIFICALLY, THE FLORIDA JUDGE SAID THIS "I DO BELIEVE, THAT AT THIS TIME, WE DO HAVE ENOUGH IN THE RECORD, A COMBINATION OF TESTIMONY, PHYSICAL EVIDENCE, REGARDING PROVIDING THE ELEMENTS OF STALKING IN THIS CASE." THE JUDGE ALSO SAID THIS "I DON'T KNOW HOW ELSE TO PROTECT THIS FAMILY BECAUSE I CAN'T – THE COURT CANNOT CONTROL OR PREDICT YOUR FUTURE BEHAVIOR." THE JUDGE ALSO SAID "THIS IS MORE THAN JUST IMMATURITY. THIS IS DANGEROUS BEHAVIOR WHERE SHE DOES NOT ABIDE BY AUTHORITY, NO RESPECT FOR AUTHORITY AT ALL AND SO SHE HAS BEEN PROPERTY WARNED."

AT ONE POINT SHE ASKED TO PAY ME $2,000 TO UNBLOCK HER

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021

diplo ...

7/10

IN THAT TIME (ALMOST A YEAR AGO EXACTLY) SHE ENLISTED ATTORNEY LISA BLOOM, THEN SA THREATENED SHE WOULD FILE A LAWSUIT AGAINST ME IF I DID NOT PAY HER MILLIONS OF DOLLARS. WHEN I TOLD HER I WOULD NOT GIVE HER A PENNY, LISA BLOOM DROPPED HER AS A CLIENT.

THIS APRIL, I FILED A CIVIL LAWSUIT AGAINST SA FOR STALKING, TRESPASS AND REVENGE PORN. IN JUNE SA AND HER NEW LAWYERS FILED A COMPLAINT AGAINST ME FILLED WITH LIES WHICH CAN BE PROVEN BY SA'S OWN TEXTS AND POSTS. HERE ARE JUST A FEW EXAMPLES.

IN HER COMPLAINT, SA SAYS I RAPED HER. BUT IN A POST, SHE ADMITS THAT I NEVER RAPED HER.

**Shelly** @ThatsSoShellyy · 11m

That pedophile didn't rape me but he definitely has done many other significantly disgusting and disturbing acts towards me and other girls if you are a victim please contact me I can get you in touch with my lawyer and we can do this together you're not alone do

119K

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021

diplo
IN HER COMPLIANT, SA SAYS I CONTACTED HER IN 2014 AND TEXTED HER TO SEND NUDES WHEN SHE WAS A MINOR. THIS IS ALSO A LIE AND HER OWN TEXTS PROVE THIS AS WELL. IN HER TEXTS TO ME, SHE SAYS SHE FIRST STARTED COMMUNICATING WITH ME IN 2016 WHEN SHE WAS 19. IN ANOTHER TEXT, SHE REFERS TO CONTACTING ME IN 2017.
never my friend! She found information & used it against me but idk who it is. & she added lies to it!!!
I went too far with the whole going back & forth w your baby mama but she dmd ME. I'm not a bad fucking person & I gave you a lot of my purity & adolescence basically. Legit from 2017 til this year... & u drop me over fake shit.
& if I was such a "stalker" don't you think I'd show up to your house every time you invited me?
iMessage
8/10
WHEN WE FIRST MET WHEN S IN HER 20S. SHE MIGHT HAVE MESSAGED ME WHEN SHE WAS 19 BUT I DON'T KNOW, THESE ARE SOME OF THE BUZZWORDS SHE USES TO GET HER STORY SOME FIRE.
IN HER COMPLAINT, SA SAID I GAVE HER CHLAMYDIA, BUT HER OWN TEXT SHOWS THAT THIS IS NOT TRUE.
10:03
deleted so? & what "pictures" did I "send in" what the fuck? Send in to what... or where... ??! I've never sent any of your pics to anyone wtf
Why would I be an obsessed "stalker" ? Youve invited me over to your house so many times & I didn't go lol wouldn't I run there if I were ......
Last thing, you never gave me chlamydia, I always get tested, and we didn't fuck 3 times. So what even
iMessage
119K
diplo Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸
October 6, 2021

diplo
IN HER COMPLAINT, SA ALLEGES THAT I EJACULATED INSIDE HER AGAINST HER WISHES. I DID NOT DO THIS AND ONCE AGAIN HER TEXT PROVE THAT THIS IS A LIE.
You fucked me raw last time this time
Cum
im down , are you on the pill?
time bc I wasn't on it
So u good
IN HER COMPLIANT, SA SAYS I CONTACTED HER IN 2014 AND TEXTED HER TO SEND NUDES WHEN SHE WAS A MINOR. THIS IS ALSO A LIE AND HER OWN TEXTS PROVE THIS AS WELL. IN HER TEXTS TO ME, SHE SAYS SHE FIRST STARTED COMMUNICATING WITH ME IN 2016 WHEN SHE WAS 19. IN ANOTHER TEXT, SHE REFERS TO CONTACTING ME IN 2017.
9/10
NOW SHE IS COLLABORATING TABLOID JOURNALISTS TO P DELIBERATELY MISLEADING AND DEFAMATORY ARTICLES ABOUT ME BASED SOLELY ON HER FALSE CLAIMS. THE WRITERS EVEN SENT OUT OVER 50 DIRECT MESSAGES TO GIRLS I FOLLOW ON INSTAGRAM . JUST CHANGING THE NAMES AND ASKING FOR STATEMENTS FROM ME, THEY GOT ZERO.
Scaachi
11K followers · 2.6K posts
Follows you
You both follow amenahsoares and 8 others
View Profile
Hey C , my name is Scaachi Koul, I'm a reporter with BuzzFeed News. I'm getting in touch because I'm working on a story about Diplo and his relationships with young women. Your name has come up a few times in the course of my reporting, so I wanted to
interested and willing to speak to me. I'm happy to talk to you anonymously or off the record, or we can just get on the phone and I can tell you more about what I'm working on and answer any questions you have. Please
wee xt or call me at 917- email me at scaa zzfeed.com.
Accept message request from Scaachi (scaachi)?
119K
diplo Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸
October 6, 2021

10/10

CULTURE IS QUICK TO FOLLOW UNSUBSTANTIATED CLAIMS. I'M A PUBLIC FIGURE AND THIS COMES WITH THE TERRITORY AND I UNDERSTAND THAT. I WANT TO ADD ALSO THESE PREVIOUS CLAIMS HAVE BEEN DROPPED OR ABANDONED AND THOSE FACTS GO UNREPORTED. THIS IS SO FRUSTRATING AND EMBARRASSING. I AM NOT THIS PERSON AND I WON'T BE EXTORTED BY ANYONE NO MATTER HOW STINGING THE PRESS CAN BE. EVEN OVER THE PAST 2 YEARS I'VE NEVER BEEN BOTHERED BY THESE RUMORS IF ANYTHING IT HAS MADE ME STRONGER AND SMARTER, ALL OF MY FRIENDS AND PARTNERS HAVE NEVER QUESTIONED ME AND THAT WAS WHAT HAS BEEN IMPORTANT TO ME

THE PEOPLE IN MY LIFE KNOW ME FOR WHO I REALLY AM. I WILL CONTINUE TO DO EVERYTHING I CAN TO END THIS IN THE MOST RESPECTFUL WAY BUT I WILL NOT GIVE IN TO LIES AND HARASSMENT.

**diplo** Here's a story about how a stalker scammed her way into my life and tried to extort me for millions and then sued me when she didn't get what she wanted ☠️💸

October 6, 2021